IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., ) ) ) vs. ) ) BRIDGESTONE/FIRESTONE, INC., ) BRIDGESTONE CORPORATION OF ) JAPAN, BRIDGESTONE/FIRESTONE ) DE MEXICO, GENERAL MOTORS ) CORPORATION, INC., LUCENT ) TECHNOLOGIES MAQUILADORAS, ) INC., RUDOLPH MILES AND SONS, ) INC. DICEX INTERNATIONAL, INC., ) AND CARLOS RAMIREZ ) VILLANUEVA ) ) | C.A. NO. B-03-035 |

### DEFENDANT'S MOTION TO DISMISS

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant, BRIDGESTONE/FIRESTONE MEXICO de Mexico, S.A. de C.V. ("Firestone Mexico"), moves the Court as follows:

1. To dismiss this action against Firestone Mexico pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction over Firestone Mexico. Plaintiff's complaint does not make any factual allegations that any action of Firestone Mexico occurred in Texas or any other specific facts that would subject Firestone Mexico to the jurisdiction of this Court. Further, personal jurisdiction does not exist over Firestone Mexico.

2. In the alternative, if the Court finds it has *in personam* jurisdiction then Firestone Mexico moves that this Court dismiss this action as to all defendants on the grounds of *forum non conveniens* because:

   a. The majority of witnesses reside in Mexico, but not in Texas;

   b. All the causes of action are alleged to have occurred in Mexico, but not in Texas;

   c. Texas law will not apply to this action;

   d. An adequate alternative forum exists for Plaintiff to pursue its claim in Mexico; and

   e. The private interest of the litigants and the public interest of the Court balance in favor of dismissing this action and allowing Plaintiff to refile in Mexico, which is a more convenient forum.

3. In the alternative and without waiving the foregoing, to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5) for insufficiency of process and insufficiency of service of process on Firestone Mexico. The Country of Mexico is a signatory to the Hague Convention. Service on Firestone Mexico was not accomplished properly pursuant to either the Hague Convention or the applicable rules of civil procedure.

4. In the alternative, dismiss the case pursuant to Rule 12(b)(6). The Petition served upon Firestone Mexico was not sufficient to place Firestone Mexico on notice of the facts upon which Plaintiffs rely in asserting their claims against Firestone Mexico. Although the Original Petition was amended, the amendment came after the statute of limitations expired. The Original Petition did not assert facts that could interrupt the running of the statute of limitations on the claims

upon which the Plaintiffs rely in their amended petition. In fact, the allegations in the Amended Petition are so dissimilar that they could not conceivably relate back to the original filing date. Accordingly, the Petition should be dismissed for failure to state a cause of action.

5.   Firestone Mexico has contemporaneously filed a brief supporting these motions. The Defendant reserves the right to amend its brief, provide additional evidence in support of this motion, and answer Plaintiff's complaint after the Court rules on this motion.

WHEREFORE, Firestone Mexico prays that Plaintiff's claims against it be dismissed for lack of *in personam* jurisdiction; for insufficiency of process, for insufficiency of service; and for *forum non conveniens*. Alternatively, Firestone Mexico prays that Plaintiff dismissal pursuant to Rule 12(b)(2); and for such other relief as the Court may deem appropriate.

Respectfully submitted,

VINSON & ELKINS L.L.P.

*[signature]*

Knox D. Nunnally
Adm. #1282; TBA #15141000
Phillip B. Dye, Jr.
Adm. #7216; TBA #06311500
Don C. Griffin
TBA #08456975
2500 First City Tower
1001 Fannin
Houston, Texas  77002-6760
Telephone: (713) 758-2048
Telecopy: (713) 615-5766
**ATTORNEY IN CHARGE FOR DEFENDANT, BRIDGESTONE/FIRESTONE de MEXICO, S.A. de C.V.**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record via telefax and/or certified mail, return receipt requested, on this the _18th_ day of February, 2003.

                                                          _____
                                                          PHILLIP B. DYE, JR.

1112821_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., | ) ) ) | |
| vs. | ) ) ) | C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE , INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, GENERAL MOTORS CORPORATION, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC., RUDOLPH MILES AND SONS, INC. DICEX INTERNATIONAL, INC., AND CARLOS RAMIREZ VILLANUEVA | ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

**BE IT REMEMBERED:**

    **On this day**, there came on to be heard Defendant, Bridgestone/Firestone de Mexico, S.A. de C.V. 's Motion to Dismiss; after hearing argument of counsel, the Court is of the opinion, that the Motion to Dismiss should be **GRANTED. IT IS, THEREFORE**

    **ORDERED, ADJUDGED AND DECREED,** that Defendant's Motion to Dismiss be and hereby is in all things **GRANTED.**

    Dated this _____ day of _____, 2003.

 

_____
United States District Judge Presiding