6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., | ) ) ) |
| vs. | ) C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, GENERAL MOTORS CORPORATION, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC., RUDOLPH MILES AND SONS, INC. DICEX INTERNATIONAL, INC., AND CARLOS RAMIREZ VILLANUEVA | ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

TO: THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, Defendant,** Bridgestone/Firestone de Mexico S.A. de C.V. ("Firestone Mexico") and files this its Motion for Leave to Exceed Page Limit.

1. This Motion is filed concurrently with Movant's Motion to Dismiss, pursuant to Fed. R. Civ. Proc. 12(b)(2), (4) and (5), and Motion to Dismiss for *forum non conveniens*.

2. This case was removed to this Court on February 7, 2003. On February 18, 2003, Firestone Mexico filed its Motion to Dismiss and a Brief in Support of its Motion to Dismiss. Firestone Mexico prays that this Court grant it leave to file a brief in excess of twenty (25) pages.

3. Firestone Mexico hereby moves for leave to file a brief in excess of the twenty five (25) page limit. Firestone Mexico's brief is 28 pages. It was not possible to make the brief

fit within the twenty five (25) page limit when all of the grounds of dismissal were joined together in one brief. However, the only alternative is to file separate briefs for each of the motions (personal jurisdiction, service, *forum non conveniens*, and statute of limitations).

4.  In the interest of judicial economy, Defendant Firestone Mexico moves for leave to file a brief (which has been filed along with this motion), twenty eight (28) pages in length, rather than the twenty five (25) pages allowed by the Local Rules.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Firestone Mexico prays for leave to file its brief in support of its Motion to Dismiss, which is twenty eight (28) pages and that the Court grant this Motion for Leave to Exceed Page Limit; and, for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

_____
Knox D. Nunnally
Adm. #1282; TBA #15141000
Phillip B. Dye, Jr.
Adm. #7216; TBA #06311500
Don C. Griffin
TBA #08456975
2500 First City Tower
1001 Fannin
Houston, Texas 77002-6760
Telephone: (713) 758-2048
Telecopy: (713) 615-5766
**ATTORNEY IN CHARGE FOR DEFENDANT,
BRIDGESTONE/FIRESTONE
de MEXICO, S.A. de C.V.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record via telefax and/or certified mail, return receipt requested, on this the 18th day of February, 2003.

                                                                                 PHILLIP B. DYE, JR.

1120182_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., | ) ) ) | |
| vs. | ) ) ) | C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, GENERAL MOTORS CORPORATION, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC., RUDOLPH MILES AND SONS, INC. DICEX INTERNATIONAL, INC., AND CARLOS RAMIREZ VILLANUEVA | ) ) ) ) ) ) ) ) ) ) | |

## ORDER

**BE IT REMEMBERED:**

**On this day**, there came on to be heard Defendant, Bridgestone/Firestone de Mexico, S.A. de C.V. 's Motion for Leave to Exceed Page Limit; after considering such motion, the Court is of the opinion that the Motion for Leave to Exceed Page Limit should be **GRANTED. IT IS, THEREFORE**

**ORDERED, ADJUDGED AND DECREED,** that Defendant's Motion for Leave to Exceed Page Limit be and hereby is in all things **GRANTED.**

Dated this _____ day of _____, 2003.

_____
United States District Judge Presiding