IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., | ) ) ) ) |
| vs. | ) C.A. NO. B-03-035 ) |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, GENERAL MOTORS CORPORATION, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC., RUDOLPH MILES AND SONS, INC. DICEX INTERNATIONAL, INC., AND CARLOS RAMIREZ VILLANUEVA | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF FILING

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C. ("Firestone"), by and through undersigned counsel hereby notifies this Court that the following pleadings were filed in the State Court subsequent to removal:

(1) Plaintiffs' Motion for Non-Suit Against Visteon de Mexico, S. de R.L., and proposed Order of Non-Suit;
(2) Plaintiffs' Motion for Non-Suit Against Lucent Technologies, Inc. and Lucent Technologies Maquiladoras, Inc., and proposed Order of Non-Suit; and
(3) Plaintiffs' Motion for Non-Suit Against Rudolph Miles and Sons, Inc., and proposed order of Non-Suit.

This Defendant hereby filed these pleadings so the Court will have a complete file of the pleadings on file in the State Court.

1120571_1.DOC

Respectfully submitted,

VINSON & ELKINS L.L.P.

_____
Knox D. Nunnally
Adm. #1282; TBA #15141000
Phillip B. Dye, Jr.
Adm. #7216; TBA #06311500
Don C. Griffin
TBA #08456975
2500 First City Tower
1001 Fannin
Houston, Texas 77002-6760
Telephone: (713) 758-2048
Telecopy: (713) 615-5766
**ATTORNEY IN CHARGE FOR DEFENDANT,
BRIDGESTONE/FIRESTONE
NORTH AMERICAN TIRE, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record via telefax and/or certified mail, return receipt requested, on this the ___18th___ day of February, 2003.

_____
PHILLIP B. DYE, JR.

1120571_1.DOC                                      2

CAUSE NO. 2002-11-4765-G

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON,<br>INDIVIDUALLY AND AS SURVIVING<br>SPOUSE OF MARIA DEL SOCORRO<br>SANCHEZ ARMENDARIZ, DECEASED<br>AND ON BEHALF AND AS INDEPENDENT<br>ADMINISTRATOR OF THE ESTATE OF<br>MARIA DEL SOCORRO SANCHEZ<br>ARMENDARIZ, DECEASED AND ON<br>BEHALF OF ALL PERSONS ENTITLED TO<br>RECOVER FOR THE WRONGFUL DEATH<br>OF MARIA DEL SOCORRO SANCHEZ<br>ARMENDARIZ; AND AS NEXT FRIEND TO<br>THE MINOR CHILDREN, JUAN ALEJANDRO<br>CHAVEZ ARMENDARIZ, DAVID ELIAS<br>CHAVEZ ARMENDARIZ, AND MARCELA<br>CHAVEZ ARMENDARIZ | § | IN THE 404TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| BRIDGESTONE/FIRESTONE, INC.,<br>BRIDGESTONE CORPORATION OF JAPAN,<br>BRIDGESTONE/FIRESTONE DE MEXICO,<br>FORD MOTOR COMPANY, USA, FORD<br>MOTOR COMPANY, SA de CV, MEXICO,<br>and VISTEON DE MEXICO, S. DE R.L. | § | CAMERON COUNTY, TEXAS |

**RECEIVED**
FEB 17 2003
**KDN**

## PLAINTIFFS' MOTION FOR NON-SUIT AGAINST VISTEON DE MEXICO, S. DE R.L.

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, **JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ,** Plaintiffs herein, and moves this Honorable Court for an Order Non-Suiting Defendant, **VISTEON DE MEXICO, S. DE R.L.**, as Plaintiffs no longer wish to pursue their cause of action against said Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request that the Court non-suit Plaintiffs' cause of action against Defendant, **VISTEON DE MEXICO, S. DE R.L.**, only, without prejudice to Plaintiffs' right to refile same.

Respectfully submitted,

**MARTINEZ, BARRERA & MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2002, a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

CAUSE NO. 2002-11-4765-G

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ; AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § § § § § § § § § § § § § § § § | IN THE 404TH JUDICIAL |
| VS. | § § | DISTRICT COURT OF |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY, USA, FORD MOTOR COMPANY, SA de CV. MEXICO, and VISTEON DE MEXICO, S. DE R.L. | § § § § § § | CAMERON COUNTY, TEXAS |

**RECEIVED FEB 17 2003 KDN**

### ORDER OF NON-SUIT

On the _____ day of _____, 2002, came on to be heard Plaintiffs' Motion for Non-Suit as to their cause of action against Defendant, **VISTEON DE MEXICO, S. DE R.L.**, and the Court having considered the motion is of the opinion that it should be and is hereby **GRANTED**. It is therefore,

**ORDERED, ADJUDGED and DECREED** that the Plaintiffs' cause of action against Defendant, **VISTEON DE MEXICO, S. DE R.L.**, is dismissed without prejudice to Plaintiffs' right to refile same.

**SIGNED** on the _____ day of _____, 2003.

_____
**JUDGE PRESIDING**

CAUSE NO. 2002-11-4765-G

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ; AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § § § § § § § § § § § § § § § § | IN THE 404TH JUDICIAL<br><br>RECEIVED<br>FEB 17 2003<br>KDN |
| VS. | § § | DISTRICT COURT OF |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY, USA, FORD MOTOR COMPANY, SA de CV, MEXICO, and VISTEON DE MEXICO, S. DE R.L. | § § § § § § | CAMERON COUNTY, TEXAS |

**PLAINTIFFS' MOTION FOR NON-SUIT AGAINST LUCENT TECHNOLOGIES, INC. AND LUCENT TECHNOLOGIES MAQUILADORAS, INC.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, **JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ**, Plaintiffs herein, and moves this Honorable Court for an Order Non-Suiting Defendants, **LUCENT TECHNOLOGIES, INC.** and **LUCENT TECHNOLOGIES MAQUILADORAS, INC.**, as Plaintiffs no longer wish to pursue their cause of action against said Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court non-suit Plaintiffs' cause of action against Defendants, **LUCENT TECHNOLOGIES, INC.** and **LUCENT TECHNOLOGIES MAQUILADORAS, INC.**, only, without prejudice to Plaintiffs' right to refile same.

Respectfully submitted,

**MARTINEZ, BARRERA & MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2002, a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

**RECEIVED**
**FEB 17 2003**

CAUSE NO. 2002-11-4765-G

KDN

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, | § | IN THE 404TH JUDICIAL |
| INDIVIDUALLY AND AS SURVIVING | § | |
| SPOUSE OF MARIA DEL SOCORRO | § | |
| SANCHEZ ARMENDARIZ, DECEASED | § | |
| AND ON BEHALF AND AS INDEPENDENT | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| MARIA DEL SOCORRO SANCHEZ | § | |
| ARMENDARIZ, DECEASED AND ON | § | |
| BEHALF OF ALL PERSONS ENTITLED TO | § | |
| RECOVER FOR THE WRONGFUL DEATH | § | |
| OF MARIA DEL SOCORRO SANCHEZ | § | |
| ARMENDARIZ; AND AS NEXT FRIEND TO | § | |
| THE MINOR CHILDREN, JUAN ALEJANDRO | § | |
| CHAVEZ ARMENDARIZ, DAVID ELIAS | § | |
| CHAVEZ ARMENDARIZ, AND MARCELA | § | |
| CHAVEZ ARMENDARIZ | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| BRIDGESTONE/FIRESTONE, INC., | § | |
| BRIDGESTONE CORPORATION OF JAPAN, | § | |
| BRIDGESTONE/FIRESTONE DE MEXICO, | § | |
| FORD MOTOR COMPANY, USA, FORD | § | |
| MOTOR COMPANY, SA de CV, MEXICO, | § | |
| and VISTEON DE MEXICO, S. DE R.L. | § | CAMERON COUNTY, TEXAS |

### ORDER OF NON-SUIT

On the _____ day of _____, 2002, came on to be heard Plaintiffs' Motion for Non-Suit as to their cause of action against Defendants, **LUCENT TECHNOLOGIES, INC.** and **LUCENT TECHNOLOGIES MAQUILADORAS, INC.**, and the Court having considered the motion is of the opinion that it should be and is hereby **GRANTED**. It is therefore,

**ORDERED, ADJUDGED and DECREED** that the Plaintiffs' cause of action against Defendants, **LUCENT TECHNOLOGIES, INC.** and **LUCENT TECHNOLOGIES MAQUILADORAS, INC.**, is dismissed without prejudice to Plaintiffs' right to refile same.

**SIGNED** on the _____ day of _____, 2003.

_____
**JUDGE PRESIDING**

CAUSE NO. 2002-11-4765-G

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, § | IN THE 404TH JUDICIAL |
| INDIVIDUALLY AND AS SURVIVING § | |
| SPOUSE OF MARIA DEL SOCORRO § | |
| SANCHEZ ARMENDARIZ, DECEASED § | |
| AND ON BEHALF AND AS INDEPENDENT § | |
| ADMINISTRATOR OF THE ESTATE OF § | **RECEIVED** |
| MARIA DEL SOCORRO SANCHEZ § | |
| ARMENDARIZ, DECEASED AND ON § | FEB 17 2003 |
| BEHALF OF ALL PERSONS ENTITLED TO § | |
| RECOVER FOR THE WRONGFUL DEATH § | **KDN** |
| OF MARIA DEL SOCORRO SANCHEZ § | |
| ARMENDARIZ; AND AS NEXT FRIEND TO § | |
| THE MINOR CHILDREN, JUAN ALEJANDRO § | |
| CHAVEZ ARMENDARIZ, DAVID ELIAS § | |
| CHAVEZ ARMENDARIZ, AND MARCELA § | |
| CHAVEZ ARMENDARIZ § | |
| § | |
| VS. § | DISTRICT COURT OF |
| § | |
| BRIDGESTONE/FIRESTONE, INC., § | |
| BRIDGESTONE CORPORATION OF JAPAN, § | |
| BRIDGESTONE/FIRESTONE DE MEXICO, § | |
| FORD MOTOR COMPANY, USA, FORD § | |
| MOTOR COMPANY, SA de CV, MEXICO, § | |
| and VISTEON DE MEXICO, S. DE R.L. § | CAMERON COUNTY, TEXAS |

**PLAINTIFFS' MOTION FOR NON-SUIT AGAINST
RUDOLPH MILES AND SONS, INC.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, **JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY, AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ,** Plaintiffs herein, and moves this Honorable Court for an Order Non-Suiting Defendant, **RUDOLPH MILES AND SONS, INC.**, as Plaintiffs no longer wish to pursue their cause of action against said Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court non-suit Plaintiffs' cause of action against Defendant, **RUDOLPH MILES AND SONS, INC.**, only, without prejudice to Plaintiffs' right to refile same.

Respectfully submitted,

**MARTINEZ, BARRERA & MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2002, a copy of the foregoing document was forwarded to all counsel of record.

_____
Benigno (Trey) Martinez

CAUSE NO. 2002-11-4765-G

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ; AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § | IN THE 404TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY, USA, FORD MOTOR COMPANY, SA de CV, MEXICO, and VISTEON DE MEXICO, S. DE R.L. | § | CAMERON COUNTY, TEXAS |

**RECEIVED FEB 17 2003 KDN**

## ORDER OF NON-SUIT

On the _____ day of _____, 2002, came on to be heard Plaintiffs' Motion for Non-Suit as to their cause of action against Defendant, **RUDOLPH MILES AND SONS, INC.**, and the Court having considered the motion is of the opinion that it should be and is hereby **GRANTED**. It is therefore,

**ORDERED, ADJUDGED and DECREED** that the Plaintiffs' cause of action against Defendant, **RUDOLPH MILES AND SONS, INC.**, is dismissed without prejudice to Plaintiffs' right to refile same.

**SIGNED** on the _____ day of _____, 2003.

_____
**JUDGE PRESIDING**