IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL., | ) ) ) |
| vs. | ) C.A. NO. B-03-035 ) |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, GENERAL MOTORS CORPORATION, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC., RUDOLPH MILES AND SONS, INC. DICEX INTERNATIONAL, INC., AND CARLOS RAMIREZ VILLANUEVA | ) ) ) ) ) ) ) ) ) ) ) |

**BRIDGESTONE/FIRESTONE de MEXICO, S.A. de C.V.**
**CERTIFICATE OF INTERESTED PARTIES**

Bridgestone/Firestone de Mexico, S.A. de C.V. files its Certificate of Interested Parties and makes the following disclosure of all persons and entities that are financially interested in the outcome of this litigation pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

1. Bridgestone/Firestone de Mexico, S.A. de C.V. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. Bridgestone/Firestone de Mexico, S.A. de C.V. is a wholly-owned subsidiary of Bridgestone/Firestone Americas Holding, Inc., which is in turn a wholly-owned subsidiary of <u>Bridgestone Corporation</u>, who is a Defendant in this litigation. Accordingly, <u>Bridgestone Corporation</u> has a financial interest in the outcome of the litigation.

Bridgestone Corporation is a publicly traded company in Japan and, therefore, its shareholders may be regarded as having a financial interest in the outcome.

2. General Motors Corporation, Inc. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

3. Lucent Technologies Maquiladoras, Inc. . is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

4. Rudolph Miles and Sons, Inc. . is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

5. Dicex International, Inc. . is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

6. Carlos Ramirez Villanueva is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

7. Juan Jose Chavez de Leon, Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz and Marcela Chavez Armendariz are the Plaintiffs in this litigation and, accordingly, have a financial interest in its outcome.

8. Plaintiffs' attorneys have a financial interest in its outcome. A list of all attorneys follows:

*Counsel for Plaintiffs:*
Antonio Martinez
Benigno (Trey) Martinez
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Phone: (956) 546-7159
Facsimile: (956) 544-0602

*Counsel for Ford:*
Evan N. Kramer
BROWN MCCARROLL, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543
Phone: (713) 525-6280
Facsimile: (713) 525-6295

*Counsel for Bridgestone Corporation:*
Kenneth J. Ferguson
Mary R. Pawelek
J. D. Horne
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767
Phone: (512) 472-8800
Facsimile: (512) 474-1129

*Counsel for Bridgestone/Firestone de Mexico, S.A. de C.V.:*
Mr. Knox D. Nunnally
Mr. Phillip B. Dye
Vinson & Elkins L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002
(713) 758-2416
Fax: (713) 615-5220

9.  Bridgestone/Firestone de Mexico, S.A. de C.V. is unaware of any other persons, estates, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the litigation.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

_____
Knox D. Nunnally
Adm. #1282; TBA #15141000
Phillip B. Dye, Jr.
Adm. #7216; TBA #06311500
Don C. Griffin
TBA #08456975
2500 First City Tower
1001 Fannin
Houston, Texas 77002-6760
Telephone: (713) 758-2048
Telecopy: (713) 615-5766
**ATTORNEY IN CHARGE FOR DEFENDANT,
BRIDGESTONE/FIRESTONE
de MEXICO, S.A. de C.V.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record via telefax and/or certified mail, return receipt requested, on this the 24th day of February, 2003.

                                                        _____
                                                         PHILLIP B. DYE, JR.