

Vinson&Elkins
ATTORNEYS AT LAW

VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346
www.velaw.com

Phillip B. Dye, Jr.
Direct Dial (713) 758-2048
Direct Fax (713) 615-5766
pdye@velaw.com

February 26, 2003

Mr. Michael Milby, Clerk
United States District Courthouse
600 East Harrison Street
Brownsville, Texas 78520

Re:  C.A. No.: B-03-035; *Juan Jose Chavez De Leon, et al v. Bridgestone, Firestone, Inc., et al*; In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Milby:

This letter is to advise this Honorable Court that the parties have reached a settlement, pending this Court's approval. We would request that this Court withhold ruling on all pending Motions, subject to the settlement. The parties will complete settlement documents and seek a hearing from the Court for approval as soon as possible. In addition, the parties will be seeking appointment of a Guardian Ad Litem.

Thank you for your courtesies, and if you have any questions, please call me at the telephone number listed above.

Very truly yours,

VINSON & ELKINS L.L.P.

Phillip B. Dye, Jr.

766:3327
Attachment

Mr. Michael Milby
Page 2
February 26, 2003

cc:

*Counsel for Plaintiffs:*
Antonio Martinez
Benigno (Trey) Martinez
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

*Counsel for Ford:*
Evan N. Kramer
BROWN MCCARROLL, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543

*Counsel for Bridgestone Corporation:*
Kenneth J. Ferguson
Mary R. Pawelek
J. D. Horne
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767