United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, *ET AL.*, § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-03-035 |
| § | JUDGE HILDA G. TAGLE |
| vs. § | JURY TRIAL |
| § | |
| BRIDGESTONE/FIRESTONE, INC., *ET AL.*, § | |
| § | |
| Defendants. § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Ford Motor Company ("Ford") and, pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, files this its Certificate of Financially Interested Persons.

1. The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| **PERSON OR ENTITY** | **CONNECTION TO CASE** |
|---|---|
| Juan Jose Chavez De Leon | Plaintiff |
| Juan Alejandro Chavez Armendariz | Plaintiff |
| David Elias Chavez Armendariz | Plaintiff |

AUS:2011866.1
13486.81926

| | |
|---|---|
| Marcela Chavez Armendariz | Plaintiff |
| Bridgestone/Firestone, Inc. | Defendant |
| Bridgestone Corporation of Japan | Defendant |
| Bridgestone/Firestone de Mexico | Defendant |
| Ford Motor Company USA | Defendant |
| Ford Motor Company, Sa de CV, Mexico | Defendant |
| Visteon De Mexico, S. De R.L. | Defendant |
| General Motors Corporation, Inc. | Defendant |
| Lucent Technologies, Inc. | Defendant |
| Lucent Technologies Maquiladoras, Inc. | Defendant |
| Rudolph Miles and Sons, Inc. | Defendant |
| Dicex International, Inc. | Defendant |
| Carlos Ramirez Villanueva | Defendant |
| Antonio Martinez | Plaintiffs' Attorneys |
| Benigno (Trey) Martinez | Plaintiffs' Attorneys |
| Martinez, Barrerra & Martinez, L.L.P. | Plaintiffs' Attorneys |

    2.    Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N.V.

Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B.V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Corporation
Oy Ford Ab

                    Respectfully submitted,

By  *Evan N. Kramer w/p DMH*
Evan N. Kramer
Attorney in Charge
Texas Bar No.: 11704650
S.D. Tex. Bar No.: 12346
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 525-3110 - Tel
(713) 525-6295 - Fax

Of Counsel:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522
(956) 542-7441 - Tel
(956) 541-2170 - Fax

AUS:2011866.1
13486.81926

3

BROWN McCARROLL, L.L.P
Danielle M. Harsany
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 525-3110 - Tel
(713) 525-6295 - Fax

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to all counsel of record on this 27th day of February, 2003.

**Via Certified Mail,**
**Return Receipt Requested**

Antonio Martinez
Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Attorneys for Plaintiff

Knox D. Nunnally
Don C. Griffin
Phillip
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Attorneys for Defendant,
Bridgestone/Firestone North American Tire,
L.L.C. to Bridgestone/Firestone, Inc.

Kenneth J. Ferguson
Mary R. Pawelek
J.D. Horne
Clark, Thomas & Winters, P.C.
PO Box 1148
Austin, Texas 78767

                                                   *Evan N. Kramer w/p DMH*
                                                   Evan N. Kramer