IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § § § § § § § § § § § § § § § § § § | |
| VS. | § § § | C.A. NO. B-03-035  JURY TRIAL |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY USA, FORD MOTOR COMPANY, SA de CV, MEXICO, and VISTEON DE MEXICO, S. DE R.L. | § § § § § § | |

## AGREED MOTION APPOINTING GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME PLAINTIFFS and BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C. ("Firestone"), and file their Motion requesting this Court appoint a guardian ad litem.

This is a product liability lawsuit involving Mexico citizens claiming damages from a Mexico accident. Firestone and Plaintiffs have reached a settlement. There are minors involved

1138888_1.DOC

in this lawsuit, and therefore, a guardian ad litem is necessary to represent the interests of the minor Plaintiffs in this case. Therefore, Plaintiffs and Firestone request this Court appoint a guardian ad litem.

                Respectfully submitted,

                VINSON & ELKINS L.L.P.

By: _____
      Knox D. Nunnally
      State Bar No. 15141000
      Federal I.D. No. 1282
      Phillip B. Dye, Jr.
      State Bar No. 06311500
      Federal I.D. No. 7216
      Don C. Griffin
      State Bar No. 08456975
      Federal I.D. No. 29446
      2300 First City Tower
      1001 Fannin Street
      Houston, Texas 77002-6760
      Telephone:  (713) 758-2416
      Facsimile:  (713) 615-5220

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.LC. (successor to BRIDGESTONE/FIRESTONE, INC.)**

MARTINEZ, BARRERA & MARTINEZ, L.L.P.

By: *Tony Martinez by permission*
Antonio Martinez
State Bar No. 13139000
Benigno (Trey) Martinez
State Bar No. 00797001
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by mailing same certified mail, return receipt requested, this **7th** day of **March, 2003**.

*Counsel for Plaintiffs:*
Antonio Martinez
Benigno (Trey) Martinez
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

*Counsel for Ford:*
Evan N. Kramer
BROWN MCCARROLL, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543

*Counsel for Bridgestone Corporation:*
Kenneth J. Ferguson
Mary R. Pawelek
J. D. Horne
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767

_____
Don C. Griffin