IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § § § § § § § § § § § § § § § § § § | C.A. NO. B-03-035<br><br>JURY TRIAL |
| VS. | § § § | |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY USA, FORD MOTOR COMPANY, SA de CV, MEXICO, and VISTEON DE MEXICO, S. DE R.L. | § § § § § § | |

## ORDER APPOINTING GUARDIAN AD LITEM

On the _26_ day of _March_, 2003, came on for hearing Motion Appointment Guardian Ad Litem in the above-captioned and numbered cause, and the Court being of the opinion that said Motion is with merit, it is hereby,

ORDERED that _Roberto Sota_ is hereby appointed as Guardian Ad Litem for the following minors in this cause: Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz, and Marcela Chavez Armendariz.

SIGNED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

VINSON & ELKINS L.L.P.

By: _____
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone:   (713) 758-2416
Facsimile:   (713) 615-5220

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C. (successor to BRIDGESTONE/FIRESTONE, INC.)**

MARTINEZ, BARRERA & MARTINEZ, L.L.P.

By: _____
Antonio Martinez
State Bar No. 13139000
Benigno (Trey) Martinez
State Bar No. 00797001
1201 East Van Buren
Brownsville, Texas 78520
Telephone:   (956) 546-7159
Facsimile:   (956) 544-0602

**ATTORNEYS FOR PLAINTIFFS**