IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-035 |
| § | |
| BRIDGESTONE/FIRESTONE, INC., § | |
| ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on April 3, 2003, the Court having received from the Panel on Multidistrict Litigation a conditional transfer order and having received a letter from the parties announcing a settlement in this matter, hereby, **ORDERS** the parties jointly to file a letter, on or before April 9, 2003, advising the Court how they intend to proceed with this matter.

DONE at Brownsville, Texas, this 3rd day of April, 2003.

Hilda G. Tagle
United States District Judge