# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

March 26, 2003

Honorable Sarah Evans Barker
U.S. District Judge
210 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204



MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

(See Attached Schedule CTO-48)

Dear Judge Barker:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

## DOCKET NO. 1373

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-48)

On October 24, 2000, the Panel transferred 58 civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 657 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Sarah Evans Barker.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Barker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 24, 2000, and, with the consent of that court, assigned to the Honorable Sarah Evans Barker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-48 - TAG ALONG CASES
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

<u>DISTRICT DIV. CIVIL ACTION#</u>

**ARIZONA**
| | | | |
|---|---|---|---|
| AZ | 2 | 02-2423 | William Rimsza, et al. v. Ford Motor Co. |
| AZ | 4 | 03-97 | Randall Roden, et al. v. Bridgestone/Firestone, Inc., et al. |

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| CAC | 2 | 02-8083 | K. Amar Issa v. Ford Motor Co., et al. |
| CAC | 2 | 02-8549 | Marcos Menocal, et al. v. Bridgestone/Firestone Americas Holding, Inc., et al. |
| CAC | 2 | 03-860 | Ofelia Priscilla Serafin v. Ford Motor Co., et al. |

**CALIFORNIA EASTERN**
| | | | |
|---|---|---|---|
| CAE | 1 | 02-6560 | Ty Lam v. Bridgestone/Firestone, Inc., et al. |

**FLORIDA SOUTHERN**
| | | | |
|---|---|---|---|
| FLS | 1 | 03-20043 | Eva Maritza Leal, etc. v. Bridgestone/Firestone, Inc., et al. |
| FLS | 1 | 03-20184 | Jose Martin Sayago Montilla, et al. v. Bridgestone/Firestone North American Tire, LLC, et al. |

**GEORGIA MIDDLE**
| | | | |
|---|---|---|---|
| GAM | 1 | 02-198 | Phaustine Marshall, et al. v. Bridgestone/Firestone, Inc., et al. |

**LOUISIANA EASTERN**
| | | | |
|---|---|---|---|
| LAE | 2 | 03-172 | Leonard R. Thompson, et al. v. Nissan North America, Inc., et al. |
| LAE | 2 | 03-508 | Gerald E. Gatheright v. Ford Motor Co., et al. |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 02-12278 | David R. Elwell, etc. v. Ford Motor Co., et al. |

**MICHIGAN EASTERN**
| | | | |
|---|---|---|---|
| MIE | 2 | 02-74629 | Melissa Clay v. Bridgestone/Firestone North American Tire, LLC, et al. |

**MISSOURI WESTERN**
| | | | |
|---|---|---|---|
| MOW | 4 | 02-1129 | Kerry L. Jones v. Bridgestone/Firestone, Inc., et al. |

**MISSISSIPPI NORTHERN**
| | | | |
|---|---|---|---|
| MSN | 4 | 03-40 | Michael Curry, et al. v. Bridgestone/Firestone North American Tire, LLC, et al. |

**MISSISSIPPI SOUTHERN**
| | | | |
|---|---|---|---|
| MSS | 1 | 02-903 | Nigel Joshua Patti, et al. v. Key Ford, Inc., et al. |
| MSS | 1 | 03-137 | Gina Savell v. Bridgestone/Firestone North American Tire, LLC, et al. |
| MSS | 3 | 02-1837 | Tom Rice, et al. v. Ford Motor Co., et al. |
| MSS | 5 | 03-83 | Helen Page v. Bridgestone/Firestone, Inc., et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 1 | 02-232 | Stephen O. Crawford, et al. v. Ford Motor Co., et al. |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| TXS | 1 | 03-35 | Juan Jose Chavez De Leon, etc. v. Bridgestone/Firestone, Inc., et al. |
| TXS | 5 | 03-19 | Antonio Ortega Fortunato, et al. v. Ford Motor Co., et al. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 3 | 02-905 | Tiffany Ellis v. Bridgestone/Firestone, Inc., et al. |

## INVOLVED JUDGES FOR SCHEDULE CTO-48
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Hon. David C. Bramlette
U.S. District Judge
216 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. John Feikens
Senior U.S. District Judge
U.S. Courthouse, Room 851
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal
Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Anthony W. Ishii
U.S. District Judge
5408 U.S. Courthouse
1130 'O' Street
Fresno, CA 93721

Hon. George P. Kazen
Chief Judge, U.S. District Court
P.O. Box 1060
Laredo, TX 78042-1060

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. A. J. McNamara
Senior U.S. District Judge
C-367 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3342

Hon. W. Allen Pepper, Jr.
U.S. District Judge
U.S. District Court
Post Office Box 370
Greenville, MS 38702-0370

Hon. G. Thomas Porteous, Jr.
U.S. District Judge
C-206 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3325

Hon. Charles R. Pyle
U.S. Magistrate Judge
5660 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Avenue
Albany, GA 31701

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
600 East Harrison Street, #306
Brownsville, TX 78520

Hon. Joseph L. Tauro
U.S. District Judge
7110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. James A. Teilborg
U.S. District Judge
523 Sandra Day O'Connor
U.S. Courthouse, SPC 51
401 West Washington Street
Phoenix, AZ 85003

Hon. Henry T. Wingate
U.S. District Judge
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201