# Martinez, Barrera y Martinez, L.L.P.
### Attorneys at Law

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
Fax (956) 544-0602

April 8, 2003

**VIA HAND DELIVERY**
Honorable Hilda G. Tagle
United States District Judge
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

Re:  C.A. No. B-03-035
     Juan Jose Chavez de Leon, et al
     vs.
     Bridgestone/Firestone, Inc., et al

Honorable Judge Tagle:

Pursuant to your Order of April 3, 2003, please allow this correspondence to serve as confirmation that the parties herein have reached a settlement in this case. Moreover, Plaintiffs' counsel has already been in contact with the attorney appointed as Ad Litem to work out the settlement details.

Sincerely,

Benigno (Trey) Martinez

BM/ld

AGREED AS TO FORM:

Don C. Griffin (by permission/KPH)
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002

www.martinezybarrera.com

* Board Certified Personal Injury Law Texas Board Of Legal Specialization