IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, § <br> INDIVIDUALLY AND AS SURVIVING § <br> SPOUSE OF MARIA DEL SOCORRO § <br> SANCHEZ ARMENDARIZ, DECEASED § <br> AND ON BEHALF AND AS § <br> INDEPENDENT ADMINSTRATOR OF § <br> THE ESTATE OF MARIA DEL SOCORRO§ <br> SANCHEZ ARMENDARIZ, DECEASEDD § <br> AND ON BEHALF OF ALL PERSONS § <br> ENTITLED TO RECOVER FOR THE § <br> WRONGFUL DEATH OF MARIA DEL § <br> SOCORRO SANCHEZ ARMENDARIZ, § <br> AND AS NEXT FRIEND TO THE § <br> MINOR CHILDREN, JUAN ALEJANDRO § <br> CHAVEZ ARMENDARIZ, AND § <br> MARCELACHAVEZ ARMENDARIZ § | C.A. NO. B-03-035 <br><br> JURY TRIAL |

VS.

DRIDGESTONE/FIRESTONE, INC., §
DRIDGESTONE CORPORATION OF §
JAPAN,BRIDGESTON/FIRESTONE DE §
MEXICO,FORD MOTOR COMPANY §
USA, FORD MOTOR COMPANY, SA de §
CV, MEXICO, and VISTEON DE §
MEXICO, S. DE. R.L. §

## APPEARANCE OF GUARDIAN AD LITEM

Roberto G. Soto, Guardian ad litem for the minor children in this cause, hereby enters his appearance in this cause and represents to the Court that he will represent the interests of the minor children.

Respectfully submitted,

SERRATA & SOTO
ATTORNEYS AT LAW

BY: _____
ROBERTO G. SOTO
SBN: 18855800
Federal ID Number 34098
302 E. CONSTITUTION
VICTORIA, TEXAS 77901
TELEPHONE: (512) 578-7884
FACSIMILE: (512) 578-5295

Guardian Ad Litem for Minor Children

### Certificate of Service

This is to certify that a true and correct copy of the foregoing **Appearance of Guardian ad litem** was served by facsimile on the following:
1. Don C. Griffin, Attorney for Defendant at (713) 782-2416;
2. Antonio Martinez, Attorney for Plaintiffs at (956) 544-0602.

Signed on April 9, 2003.

_____
Roberto G. Soto