# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 11, 2003

Laura A. Briggs, Clerk
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

United States District Court
Southern District of Texas
RECEIVED
APR 1 5 2003
Michael N. Milby, Clerk

Re: MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

(See Attached Schedule CTO-48)

CA-B-03-35

Dear Ms. Briggs:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on March 26, 2003. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Sarah Evans Barker
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 26 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1373

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-48)*

On October 24, 2000, the Panel transferred 58 civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 657 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Sarah Evans Barker.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Barker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 24, 2000, and, with the consent of that court, assigned to the Honorable Sarah Evans Barker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 1 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-48 - TAG ALONG CASES
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. CIVIL ACTION#

ARIZONA
    AZ    2    02-2423    William Rimsza, et al. v. Ford Motor Co.
    ~~AZ    4    03-97    Randall Roden, et al. v. Bridgestone/Firestone, Inc., et al.~~  Opposed 4/10/03

CALIFORNIA CENTRAL
    CAC    2    02-8083    K. Amar Issa v. Ford Motor Co., et al.
    CAC    2    02-8549    Marcos Menocal, et al. v. Bridgestone/Firestone Americas Holding, Inc., et al.
    ~~CAC    2    03-860    Ofelia Priscilla Serafin v. Ford Motor Co., et al.~~  Vacated 4/10/03

CALIFORNIA EASTERN
    CAE    1    02-6560    Ty Lam v. Bridgestone/Firestone, Inc., et al.

FLORIDA SOUTHERN
    FLS    1    03-20043    Eva Maritza Leal, etc. v. Bridgestone/Firestone, Inc., et al.
    FLS    1    03-20184    Jose Martin Sayago Montilla, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.

GEORGIA MIDDLE
    GAM    1    02-198    Phaustine Marshall, et al. v. Bridgestone/Firestone, Inc., et al.

LOUISIANA EASTERN
    ~~LAE    2    03-172    Leonard R. Thompson, et al. v. Nissan North America, Inc., et al.~~  Opposed 4/11/03
    ~~LAE    2    03-508    Gerald E. Gatheright v. Ford Motor Co., et al.~~  Opposed 4/10/03

MASSACHUSETTS
    MA    1    02-12278    David R. Elwell, etc. v. Ford Motor Co., et al.

MICHIGAN EASTERN
    MIE    2    02-74629    Melissa Clay v. Bridgestone/Firestone North American Tire, LLC, et al.

MISSOURI WESTERN
    MOW    4    02-1129    Kerry L. Jones v. Bridgestone/Firestone, Inc., et al.

MISSISSIPPI NORTHERN
    ~~MSN    4    03-40    Michael Curry, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.~~  Opposed 4/11/03

MISSISSIPPI SOUTHERN
    MSS    1    02-903    Nigel Joshua Patti, et al. v. Key Ford, Inc., et al.
    ~~MSS    1    03-137    Gina Savell v. Bridgestone/Firestone North American Tire, LLC, et al.~~  Opposed 4/11/03
    ~~MSS    3    02-1837    Tom Rice, et al. v. Ford Motor Co., et al.~~  Vacated 4/10/03
    MSS    5    03-83    Helen Page v. Bridgestone/Firestone, Inc., et al.

TEXAS NORTHERN
    ~~TXN    1    02-232    Stephen O. Crawford, et al. v. Ford Motor Co., et al.~~  Opposed 4/11/03

TEXAS SOUTHERN
    TXS    1    03-35    Juan Jose Chavez De Leon, etc. v. Bridgestone/Firestone, Inc., et al.
    TXS    5    03-19    Antonio Ortega Fortunato, et al. v. Ford Motor Co., et al.

VIRGINIA EASTERN
    VAE    3    02-905    Tiffany Ellis v. Bridgestone/Firestone, Inc., et al.

INVOLVED COUNSEL FOR SCHEDULE CTO-48
DOCKET NO. 1373
IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Alfred B. Adams, III
Holland & Knight, LLP
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, GA 30309-3400

Barry D. Adler
Barry D. Adler Associates
30300 Northwestern Highway
Suite 304
Farmington Hills, MI 48334

David L. Ayers
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Sara K. Barrett
Barrett Law Office, P.A.
P.O. Box 987
Lexington, MS 39095

John H. Beisner
O'Melveny & Myers, LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Brenda B. Bethany
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Robert W. Boatman
Gallagher & Kennedy
2575 East Camelback Road
Phoenix, AZ 85016-9225

Daniel P. Byron
Bingham McHale, LLP
10 West Market Street
#2700
Indianapolis, IN 46204-4900

James M. Campbell
Campbell & Associates, P.C.
1 Constitution Plaza
Boston, MA 02129

Peter M. Capua
Lorenzo & Capua
28 West Flagler Street
11th Floor
Miami, FL 33130-2731

Stephen J. Carmody
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

B.K. Christopher
Horn, Aylward & Bandy, LLC
2600 Grand Blvd.
Suite 500
Kansas City, MO 64108

James Joseph Crongeyer, Jr.
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Thomas Fredrick Dasse
Law Offices of Thomas Dasse, PC
14646 North Kierland Boulevard
Suite 238
Scottsdale, AZ 85254

Phillip Bruce Dye, Jr.
Vinson & Elkins
1001 Fannin
Suite 2300
Houston, TX 77002

Mark Mario Esposito
Jay Tronfeld & Associates
4020 West Broad Street
Richmond, VA 23230

James A. Fein
Fein & Associates
The Touchtone Energy Bldg.
3900 East Broadway Blvd.
Suite 205
Tucson, AZ 85711-3453

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Wayne E. Ferrell, Jr.
405 Tombigbee Street
P.O. Box 24448
Jackson, MS 39225-4448

Mauro Fiore, Jr.
Mauro Fiore, Jr. Law Offices
100 N. Barranca Street
11th Floor
West Covina, CA 91791-1600

Francis H. Fox
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Scott Day Freeman
Squire Sanders & Dempsey
2 Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4441

Dale K. Galipo
Dale K. Galipo Law Offices
21800 Burbank Blvd.
Suite 310
Woodland Hills, CA 91367

John M. Garrick
Iverson, Yoakum, Papiano & Hatch
One Wilshire Building, 27th Floor
624 South Grand Avenue
Los Angeles, CA 90017-3328

K. Christopher Ghahreman
K. Christopher Ghahreman Law Office
1925 Century Park East
5th Floor
Los Angeles, CA 90067

Robert J. Gibson
Snell & Wilmer
1920 Main Street
Suite 1200
Irvine, CA 92614-7230

Marcus L. Giusti
Hannan, Drake & Giusti
2201 Ridgelake Drive
First Floor
Metairie, LA 70001-2020

Harry C. Graham, III
303 N. Columbia Street
Covington, LA 70434

James H. Hada
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478

INVOLVED COUNSEL FOR SCHEDULE CTO-48  MDL 1373 (Cont.)                                             Page 2 of 3

William J. Hamlin
Bordelon, Hamlin & Theriot
701 South Peters Street
Suite 100
New Orleans, LA 70130

Graeme E.M. Hancock
Fennemore Craig, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913

C. Vernon Hartline, Jr.
Hartline, Dacus, Dreyer & Kern
6688 North Central Expressway
Suite 1000
Dallas, TX 75206

Mark Herrmann
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

John L. Hunter
Cumbest, Cumbest, Hunter & McCormick
P.O. Drawer 1287
Pascagoula, MS 39568-1287

Melissa A. Immel
Iverson, Yoakum, Papiano & Hatch
One Wilshire Building, 27th Floor
624 South Grand Avenue
Los Angeles, CA 90017

Thomas F. Jarriel
P.O. Box 214
Macon, GA 31202

Walker W. Jones, III
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236-4167

Evan Nicholas Kramer
Brown McCarroll, LLP
1111 Bagby
47th Floor
Houston, TX 77002

Arnold D. Larson
Iverson, Yoakum, Papiano & Hatch
One Wilshire Building, 27th Floor
624 South Grand Avenue
Los Angeles, CA 90017

Amy Leinen
Snell & Wilmer
1920 Main Street
Suite 1200
Irvine, CA 92614

Irwin B. Levin
Cohen & Malad
One Indiana Square, Suite 1400
P.O. Box 627
Indianapolis, IN 46206-0627

R. Bradley Lewis
Talley, Anthony, Hughes & Knight
322 Columbia Street
P.O. Box 340
Bogalusa, LA 70429-0340

Mark D. Lumpkin
Minor & Associates
P.O. Drawer 1388
Biloxi, MS 39533

Daniel P. Malone
Butzel Long
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226-4430

Tony Martinez
Martinez Y. Barrera, LLP
1201 East Van Buren Street
Bownsville, TX 78520

Keith W. McDaniel
Pulaski, Gieger & Laborde
434 N. Columbia Street
Suite 200
Covington, LA 70433

Omar F. Medina
Law Offices of Omar Medina
505 South Magnolia Avenue
Tampa, FL 33606-2256

F. Faison Middleton, IV
McKenna, Long & Aldridge, LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308-3201

Knox D. Nunnally
Vinson & Elkins
1001 Fannin Street
Suite 2300
Houston, TX 77002-6760

Gary M. Pappas
Carlton Fields
100 S.E. 2nd Street, Suite 4000
P.O. Box 019101
Miami, FL 33131-9101

R. E. Parker, Jr.
Varner, Parker & Sessums
P.O. Box 1237
Vicksburg, MS 39181-1237

Ralph G. Patino
Patino & Associates
225 Alcazar Avenue
Coral Gables, FL 33134

Robert T. Payne, II
Moran, Kiker & Brown, P.C.
4110 E. Parham Road
Richmond, VA 23228

Paul N. Phillips
Law Offices of Paul N. Phillips
655 North Central Avenue
17th Floor
Glendale, CA 91203-1439

Randall Riggs
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244

Joseph E. Roberts, Jr.
Pittman, Germany, Roberts & Welsh
P.O. Box 22985
Jackson, MS 39225-2985

David P. Salley
Sessions, Fishman & Nathan, LLP
201 St. Charles Avenue, Suite 3500
New Orleans, LA 70170-3500

Douglas W. Seitz
Snell & Wilmer
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-0001

Stephen R. Shelton
Morrison & Shelton
P.O. Drawer 5008
Wichita Falls, TX 76307-5008

W. Thomas Smith
Surgarman & Sugarman
One Beacon Street
Boston, MA 02108

INVOLVED COUNSEL FOR SCHEDULE CTO-48  MDL 1373 (Cont.)                         Page 3 of 3

Hal S. Spragins
Hickman, Goza & Gore
P.O. Drawer 668
Oxford, MS 38655-0668

Lee P. Teichner
Holland & Knight, LLP
701 Brickell Avenue, Suite 3000
P.O. Box 015441
Miami, FL 33131

Brian K. Telfair
Bowman & Brooke, LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1500
Richmond, VA 23219

John R. Trigg
Wheeler, Trigg & Kennedy
1801 California Street
Suite 3400
Denver, CO 80202

Mark F. Vilar
Faircloth & Davidson
P.O. Box 12730
Alexandria, LA 71315-2730

Max Von Erdmannsdorff
Von Erdmannsdorf & Mowry
5600 NE Antioch Road
Kansas City, MO 64114

Guy Leland Watts
500 North Shoreline
Energy Plaza, Suite 905
Corpus Christi, TX 78471

Calvin C. Williams, Jr.
Schwartz & Associates
P.O. Box 3949
Jackson, MS 39207-3949

Paul A. Williams
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street, 27th Floor
Kansas City, MO 64105

William Winingham
Wilson, Kehoe & Winingham
2859 N. Meridian Street
P.O. Box 1317
Indianapolis, IN 46206

# INVOLVED JUDGES FOR SCHEDULE CTO-48
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Hon. Lance M. Africk
U.S. District Judge
B-335 Hale Boggs Federal Bldg.
501 Magazine Street
New Orleans, LA 70130

Hon. David C. Bramlette
U.S. District Judge
216 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. John Feikens
Senior U.S. District Judge
U.S. Courthouse, Room 851
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Fernando J. Gaitan, Jr.
U.S. District Judge
7552 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal
Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Anthony W. Ishii
U.S. District Judge
5408 U.S. Courthouse
1130 'O' Street
Fresno, CA 93721

Hon. George P. Kazen
Chief Judge, U.S. District Court
P.O. Box 1060
Laredo, TX 78042-1060

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. A. J. McNamara
Senior U.S. District Judge
C-367 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3342

Hon. W. Allen Pepper, Jr.
U.S. District Judge
U.S. District Court
Post Office Box 370
Greenville, MS 38702-0370

Hon. Charles R. Pyle
U.S. Magistrate Judge
5660 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Avenue
Albany, GA 31701

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
600 East Harrison Street, #306
Brownsville, TX 78520

Hon. Joseph L. Tauro
U.S. District Judge
7110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. James A. Teilborg
U.S. District Judge
523 Sandra Day O'Connor
U.S. Courthouse, SPC 51
401 West Washington Street
Phoenix, AZ 85003

Hon. Henry T. Wingate
U.S. District Judge
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

## INVOLVED CLERKS FOR SCHEDULE CTO-48
## DOCKET NO. 1373
## IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Elizabeth Paret, Clerk
307 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Gregory J. Leonard, Clerk
P.O. Box 1906
Albany, GA 31702-1906

J.T. Noblin, Clerk
243 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Karen S. Mitchell, Clerk
P.O. Box 1218
Abilene, TX 79604-1218

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Richard H. Weare, Clerk
130 Sandra Day O'Connor
U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Tony Anastas, Clerk
2300 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002