**Vinson&Elkins**
ATTORNEYS AT LAW

United States District Court
Southern District of Texas
RECEIVED
APR 25 2003 1:10
Michael N. Milby, Clerk

VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346
www.velaw.com

DON C. GRIFFIN
Direct Dial 713/758-3508
Direct Fax 713-615-5985
dgriffin@velaw.com

19

April 25, 2003

United States District Court
Southern District of Texas
FILED
APR 25 2003
Michael N. Milby
Clerk of Court

The Honorable Hilda G. Tagle
ATTN: Stella Cavazos
United States District Court
600 E. Harrison
Brownsville, Texas 78520-7114

*Via Facsimile: (956) 548-2598*

Re: C. A. No. B-03-035; *Juan Jose Chavez de Leon, et al. v. Bridgestone/Firestone, Inc., et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Ms. Cavazos:

The above-referenced case has settled. The Court has received a conditional transfer order. Both Plaintiffs and Defendant Firestone would like to remain in this Court to effect settlement. Accordingly, we opt out of the MDL.

Thank you for your cooperation in this matter. If you have any additional questions or suggestions, please do not hesitate to contact me at (713) 758-3508.

Very truly yours,

VINSON & ELKINS L.L.P.

*Don Griffin*

Don C. Griffin

1187005_1.DOC

AUSTIN · BEIJING · DALLAS · HOUSTON · LONDON · MOSCOW · NEW YORK · SINGAPORE · WASHINGTON, D.C.

Page 2
April 25, 2003

cc: *Counsel for Plaintiffs:*
Antonio Martinez
Benigno (Trey) Martinez
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

*Counsel for Ford:*
Evan N. Kramer
BROWN MCCARROLL, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543

*Counsel for Bridgestone Corporation:*
Kenneth J. Ferguson
Mary R. Pawelek
J. D. Horne
CLARK, THOMAS & WINTERS, P.C.
P.O. Box 1148
Austin, Texas 78767