IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-035 |
| | § | |
| BRIDGESTONE/FIRESTONE, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 25, 2003, the Court received a letter from the parties announcing their desire to "opt out of the MDL." They offer no authority for this procedure. With the signing of MDL Order No. 1375, this case is transferred to the United States District Court for the Southern District of Indiana and this Court is divested of jurisdiction. Therefore, the parties' request is **MOOT**.

DONE at Brownsville, Texas, this 28th day of April 2003.

Hilda G. Tagle
United States District Judge