*21*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| v. | § |
| | § |
| BRIDGESTONE/FIRESTONE, INC., | § |
| ET AL. | § |
| | § |
| **Defendants.** | § |

CIVIL ACTION NO. B-03-035

## ORDER

BE IT REMEMBERED that on May 12, 2003, this case having been settled and transferred to the United States District Court for the Southern District of Indiana, the Court **MOOTED** all pending motions.

DONE at Brownsville, Texas, this 12th day of May 2003.

Hilda G. Tagle
United States District Judge