IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., ET AL. | § § § | |
| Defendants. | § | |

## MOTION FOR A FRIENDLY SUIT HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **Juan Jose Chavez De Leon, et al.**, Plaintiffs herein, and file the following Motion for a Friendly Suit Hearing, and for cause of action would show the Court as follows:

I.

The Plaintiffs herein have entered into a settlement agreement with Defendants. That three of the Plaintiffs, **Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz, and Marcela Chavez Armendariz**, are all minor children. Furthermore, an Ad Litem has already been appointed to represent the interests of these minor children. The Plaintiffs request a hearing to get approval from the Court for said settlement agreement.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this matter be set for a hearing, at which time this Honorable Court may render approval of said settlement.

Respectfully submitted,

**MARTINEZ, BARRERA & MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal I.D. No. 23945

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this _____ day of June, 2003.

_____
Benigno (Trey) Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-035 |
| § | |
| BRIDGESTONE/FIRESTONE, INC., § | |
| ET AL. § | |
| § | |
| Defendants. § | |

## ORDER SETTING FRIENDLY SUIT

**IT IS ORDERED** that this matter be set for a Friendly Suit Hearing for

_____, 2003 at _____ a.m. in the United States District Court for the Southern District of Texas, Brownsville Division.

**SIGNED FOR ENTRY** this _____ day of _____, 2003.

_____
**JUDGE PRESIDING**