# Martinez, Barrera y Martinez, L.L.P.
### Attorneys at Law

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

June 20, 2003

1201 E. Van Buren
Brownsville, TX 78520
(956) 546-7159
Fax (956) 544-0602

**VIA HAND DELIVERY**
Honorable Hilda G. Tagle
United States District Judge
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

Re:   C.A. No. B-03-035
      Juan Jose Chavez de Leon, et al
      vs.
      Bridgestone/Firestone, Inc., et al

Honorable Judge Tagle:

The above referenced cause of action is currently set for Pretrial Conference in your Court for Monday, June 23, 2003 at 1:00 p.m. Please allow this correspondence to serve as notice that the parties herein have reached a settlement in this case. Therefore, said Pretrial Conference is no longer required.

Additionally, pursuant to the attached Order from the United States District Court for the Southern District of Indiana, we are this time respectfully requesting that this matter be set for a Friendly Suit Hearing.

Sincerely,

Benigno (Trey) Martinez

BM/kd

**AGREED BY:**

Don C. Griffin
**VINSON & ELKINS, L.L.P.**
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ENTERED

JUN 0 6 2003

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

In re: BRIDGESTONE/FIRESTONE, INC. )
TIRES PRODUCTS LIABILITY )
LITIGATION )
_____ )
THIS ORDER APPLIES TO: )
)
JUAN JOSE CHAVEZ DE LEON, et al., )
Plaintiffs, )
v. )
BRIDGESTONE/FIRESTONE, INC., et al.,
Defendants.

Master File No. IP 00-9373-C-B/S
MDL No. 1373
(centralized before Hon. Sarah Evans
Barker, Judge)

Individual Case No. IP 03-5754-C-B/S

## SUGGESTION FOR REMAND

Before the Court is the plaintiffs' Motion for Suggestion to Remand. That motion recites that all claims against the defendants in this action have been resolved by settlement. The parties ask for a suggestion of remand to the United States District Court for the Southern District of Texas, Brownsville Division, for post-settlement proceedings.

The Court finds that the issues relating to the propriety of the settlement are case-specific and will be addressed more efficiently and in a manner more convenient for the parties in the transferor court. See, e.g., In re Patenaude, 210 F.3d 135, 145 (3d Cir.

1

2000). This case therefore will not benefit from further coordinated proceedings as part of the MDL. See, e.g., In re Air Crash Disaster, 461 F. Supp. 671, 672-73 (S.D.N.Y. 1978). For these reasons, the Court issues its Suggestion for Remand of the above case to the transferor district court, the Southern District of Texas, Brownsville Division.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the United States District Court for the Southern District of Texas, Brownsville Division.

It is so ORDERED this 5th day June, 2003.

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

2

Copy to:

Irwin B. Levin
Cohen & Malad
136 North Delaware Street
P O Box 627
Indianapolis, IN 46204

William E. Winingham
Wilson Kehoe & Winingham
2859 North Meridian Street
PO Box 1317
Indianapolis, IN 46206-1317

Randall Riggs
Locke Reynolds LLP
201 N Illinois St Suite 1000
PO Box 44961
Indianapolis, IN 46244-0961

Daniel P. Byron
Bingham McHale
320 N Meridian St
1100 Chamber of Commerce Bldg
Indianapolis, IN 46204