IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., ET AL. | § | |
| Defendants. | § | |

## ORDER SETTING FRIENDLY SUIT

**IT IS ORDERED** that this matter be set for a Friendly Suit Hearing for _July 14_, 2003 at _2:00_ p.m. in the United States District Court for the Southern District of Texas, Brownsville Division.

**SIGNED FOR ENTRY** this _25_ day of _June_, 2003.

_____
JUDGE PRESIDING