Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ■ Nicolas | | ☐ Levesque | | |
| DATE | 7 | 14 | 03 | | |
| TIME | | a.m. | | | a.m. |
| | 2:10 | p.m. | 2:50 | | p.m. |
| CIVIL ACTION | B | 03 | 035 | | |
| STYLE | JUAN JOSE CHAVEZ DE LEON, ET AL. | | | | |
| | versus | | | | |
| | BRIDGESTONE/FIRESTONE, INC. ET AL. | | | | |

United States District Court
Southern District of Texas
FILED

JUL 14 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Settlement Hearing;          (Court Reporter: Dora Canizales)

Attorneys for Plaintiffs:    Trey Martinez
                             Javier Villarreal

Attorney ad litem:           Roberto Soto

Attorneys for Defendants:    Kyle Farrar
                             Jaime Saenz
                             Robert Sonnier

■     Comments:

1.    The Court **GRANTED** Kyle Farrar and Roberto Sonnier's oral Rule 1 motions to appear as attorney in charge for purposes of the settlement hearing.

2.    Plaintiffs' counsel made opening statement. Witness Juan Jose Chavez De Leon (appeared via telephone) was sworn and examined by Plaintiffs' counsel, by Defendant Bridgestone/Firestone Inc.'s counsel Kyle Farrar, and by the attorney ad litem Roberto Soto.

3.    The parties stated that the ad litem should be paid fees and expenses in the amount of $4,000. Defendant Bridgestone/Firestone Inc. agreed to pay the ad litem fees and expenses.

Civil Action No. B-03-035
Civil Courtroom Minutes
July 14, 2003
Page 2

4. The Court having heard testimony asked the attorney ad litem for his recommendation. The attorney ad litem recommended the Court accept the settlement.

5. The Court accepted and approved the settlement, ordering $10,000 be deposited into the registry of the Court per child (Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz, and Marcela Chavez Armendariz) and $4,000 be paid to the attorney ad litem by Defendant Bridgestone/Firestone Inc.

6. The Court ordered any party seeking to seal the transcript of this proceeding to file a written motion.