IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ; AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ | § § § § § § § § § § § § § § § § § | |
| VS. | § § | C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY, USA, FORD MOTOR COMPANY, SA de CV, MEXICO, And VISTEON DE MEXICO, S. DE R.L. | § § § § § § | |

## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, a Defendant in the above-entitled and numbered cause, by and through its attorney of record, Evan N. Kramer, Federal Admissions No. 1246, of the law firm of Brown McCarroll, L.L.P., 1111 Bagby 47th Floor, Houston, Texas 77002, and files this its Motion to Appear and for cause would show the Court as follows:

**I.**

The undersigned hereby requests permission of this Honorable Court to allow Jaime A. Saenz, Federal Admissions No. 7630, of the firm of Rodriguez, Colvin & Chaney, L.L.P. to appear for the undersigned at the Friendly Suit Hearing set for

Monday, July 14, 2003 at 2:00 p.m. due to the fact that the undersigned is unavailable. Mr. Saenz is an attorney of record for Ford Motor Company.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant its Motion and for such other and further relief to which it may be entitled in the premises.

Respectfully submitted,

BROWN McCARROLL, L.L.P.

By: _____
Evan N. Kramer
Federal Admissions No. 1246
State Bar No. 11704650
1111 Bagby 47th Floor
Houston, TX 77002
(713) 529-3110
Fax: (713) 525-6295

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

FORD/De Leon

## CERTIFICATE OF CONFERENCE

Plaintiffs' Counsel has been contacted regarding the filing of this Motion and are not opposed to its filing.

_____
Evan N. Kramer

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the aforementioned document was served upon counsel of record, to-wit:

>Antonio Martinez
>Benigno (Trey) Martinez
>MARTINEZ, BARRERA Y MARTINEZ, L.L.P.
>1201 East Van Buren
>Brownsville, Texas 78520
>Attorneys for Plaintiff
>
>Knox D. Nunnally
>Don C. Griffin
>Phillip B. Dye, Jr.
>1001 Fannin
>2300 First City Tower
>Houston, Texas 77002
>Attorneys for Defendant,
>Bridgestone/Firestone North American Tire,
>L.L.C. to Bridgestone/Firestone, Inc.
>
>Kenneth J. Ferguson
>Mary R. Pawelek
>J.D. Horne
>Clark, Thomas & Winters, P.C.
>PO Box 1148
>Austin, Texas 78767

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this the 14th of July 2003.

_____
Evan N. Kramer

FORD/De Leon