IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ; AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ § § § § § § § § § § § § § § § § § § | |
| VS. § § | C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY, USA, FORD MOTOR COMPANY, SA de CV, MEXICO, And VISTEON DE MEXICO, S. DE R.L. § § § § § § § | |

**ORDER GRANTING MOTION TO APPEAR FOR ATTORNEY IN CHARGE**

On this day came on for consideration, FORD MOTOR COMPANY'S Motion to Appear for Attorney in Charge. The Court, after hearing arguments of counsel and after having reviewed the Motion, is of the opinion that the Motion be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that FORD MOTOR COMPANY'S Motion to Appear for Attorney in Charge is hereby GRANTED, and Jaime A. Saenz, Federal Admissions No. 7630, will appear in place of the Attorney of Record at the Friendly Suit Hearing set for Monday, July 14, 2003 at 2:00 p.m.

SIGNED FOR ENTRY this __14th__ day of July 2003.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

FORD/De Leon