IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF MARIA DEL SOCORRO SANCHEZ ARMENDARIZ, AND AS NEXT FRIEND TO THE MINOR CHILDREN, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVEZ ARMENDARIZ § § § § § § § § § § § § § § § § § § § § | |
| VS. § § | C.A. NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., BRIDGESTONE CORPORATION OF JAPAN, BRIDGESTONE/FIRESTONE DE MEXICO, FORD MOTOR COMPANY USA, FORD MOTOR COMPANY, SA de CV, MEXICO, and VISTEON DE MEXICO, S. DE R.L. § § § § § § § | JURY TRIAL |

**ORDER APPROVING SETTLEMENT AND FINAL JUDGMENT**

On July 14, 2003, came on to be heard the above-styled and numbered action wherein Juan Jose Chavez de Leon, Individually and as Surviving Spouse of Maria Del Socorro Sanchez Armendariz, Deceased, and on behalf of and as Independent Administrator of the Estate of Maria Del Socorro Sanchez Armendariz, Deceased, and on behalf of All Persons Entitled to Recover for the Wrongful Death of Maria Del Socorro Sanchez Armendariz; and As Next Friend to the Minor Children; Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz, and Marcela Chavez Armendariz, are Plaintiffs and Bridgestone/Firestone North American Tire, LLC,

formerly known as Bridgestone/Firestone, Inc. ("Firestone"), Bridgestone Corporation of Japan, Bridgestone/Firestone de Mexico, Ford Motor Company, U.S.A., Ford Motor Company, SA de CV Mexico, and Visteon de Mexico, S. DE. R. L. are "Defendants."

The Plaintiffs, Ford and Firestone announced to the Court that they had agreed to settle and compromise all issues, claims, and causes of action now existing or that may hereafter arise between Plaintiffs and Defendants. The total amount of the settlement is confidential, the terms of which are described in the parties' respective confidential settlement agreements and releases (the "Settlement Agreements"), ~~copies of which were tendered to the Court for an in-camera review, but not filed~~. *lit*

It is understood and agreed that Plaintiffs, in consideration for Firestone and Ford's agreement to settle this controversy for the sums described in the Settlement Agreements will pay, discharge, or indemnify and hold Firestone and Ford harmless for any and all outstanding unpaid hospital charges, hospital bills, medical bills, rights of reimbursement, or other bills and expenses. It was pointed out to the Court that Plaintiffs, Firestone and Ford have agreed that if this Order Approving Settlement is approved by the Court that neither Plaintiffs nor anyone claiming by, through, or under them will be able to recover anything further of and from Firestone or Ford.

It appearing to the Court that a potential conflict of interest exists between the adult Plaintiff, Juan Jose Chavez de Leon, and the minor children, Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz and Marcela Chavez Armendariz, in the division of the proceeds of the settlement, the Court has appointed Roberto Soto, a practicing attorney in Victoria Texas, duly licensed and in good standing with the State Bar of Texas, as *guardian ad litem* to represent the interests of Juan Alejandro Chavez Armendariz, David Elias Chavez

Armendariz and Marcela Chavez Armendariz; and said *guardian ad litem* has been apprised of all matters of fact concerning this controversy and settlement thereof, and has recommended on behalf of the minors that the Court approve this settlement as described in the Settlement Agreement.

After reviewing the pleadings filed in this case, the Court heard evidence touching upon such compromise and settlement agreements, with reference to the material facts regarding the automobile accident, and all matters pertaining to the alleged liability of Firestone and Ford and the damages to Plaintiffs, as well as the capacity of the parties to prosecute this action as stated herein. Upon hearing the evidence, the Court is of the opinion that such settlement agreements are fair, reasonable, and in the best interest of Plaintiffs and that the terms of the settlement agreements are in all respects reasonable.

It is understood and agreed by the Plaintiffs that the payment of the monies herein described is in settlement of disputed claims, that Defendants have denied liability, and continue to deny liability of whatever nature to the Plaintiffs. It is further understood and agreed that Firestone and Ford herein by these settlement agreements make no admission of liability to the Plaintiffs, nor to any other person, firm, corporation, or other entity who did not assert a claim or file a lawsuit against Defendants, but rather that Firestone and Ford make this settlement solely to purchase their peace and to avoid the vexation and expense of further litigation.

Accordingly, the Court makes the following findings and Orders:

The Court finds that Plaintiffs and Defendants Firestone and Ford have satisfactorily compromised and settled all of the issues involved herein.

The Court is of the opinion that the Settlement Agreements executed by the Plaintiffs are fair and equitable and that the same should be, and are hereby, in all things approved. The Court

hereby specifically finds that the Settlement Agreements are in the best interests of the minors, Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz and Marcela Chavez Armendariz.

The Court further finds that the amounts to be paid are in full satisfaction of any and all claims arising from this accident which Plaintiffs have or might ever have against Firestone and Ford and any related entities, or their officers, directors, shareholders, owners, agents, servants, and employees, and any dealer or store that sold the subject vehicle and/or tires, whether new or used, and that under no legal or equitable theory may Plaintiffs hereafter recover either directly or indirectly any further sums by reason of any new suits, new theories, new or different claims, actions, cross-actions, counter-actions, or third-party actions, or other actions whatsoever, and further that this settlement and Order Approving Settlement and Final Judgment shall fully bind any different personnel, personal representatives, administrators, guardians, or others representing the person or estate of any Plaintiff herein named.



The Court hereby further finds that the allocation to the minor Plaintiffs of the sum agreed upon as a compromise settlement figure in this action and reflected in the Settlement Agreements that ~~were tendered to the Court for in camera inspection~~ as between the parties should be as set forth in said Settlement Agreements.

The Court approves the settlement entered into by the parties and finds that the claims of all Plaintiffs against all Defendants should be, and hereby are, dismissed with prejudice; and that the Plaintiffs' claims asserted or which could have been asserted herein against Defendants are fully satisfied in all respects, and that no execution shall ever issue herein. All Defendants are fully and finally released.

It is further ORDERED, ADJUDGED and DECREED that costs of Court incurred herein are taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that the fee of $4,000 for the *Guardian Ad Litem* for Juan Alejandro Chavez Armendariz, David Elias Chavez Armendariz and Marcela Chavez Armendariz, minors, is to be paid by Firestone.

It is further ORDERED, ADJUDGED and DECREED that all relief requested or which could possibly be requested by Plaintiffs hereto which is not herein specifically granted is denied.

SIGNED the 14 day of July, 2003.

_____
JUDGE PRESIDING

**APPROVED AND AGREED:**

By: _____
Roberto Soto
Texas Bar No. 18855800
Serrata & Soto
Attorney at Law
302 E. Constitution St.
Victoria, Texas 77901
Tel: (361) 578-7884
Fax: (361) 578-5296
**GUARDIAN AD LITEM FOR JUAN ALEJANDRO CHAVEZ ARMENDARIZ, DAVID ELIAS CHAVEZ ARMENDARIZ, AND MARCELA CHAVES ARMENDARIZ**

By: _____
Antonio Martinez
Benigno (Trey) Martinez
State Bar No. 00797011
MARTINEZ, BARRERA & MARTINEZ, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
**ATTORNEY FOR PLAINTIFFS**

By: _____
Evan N. Kramer
State Bar No. _____   Fed Bar # 1246
BROWN MCCARROLL, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543
**ATTORNEY FOR DEFENDANT, FORD MOTOR COMPANY**

By: _____
Knox D. Nunnally
State Bar No. 15141000
Don C. Griffin
State Bar No. 08456975
Kyle Farrar
State Bar No. 24034828
VINSON & ELKINS L.L.P.
1001 Fannin Street
2300 First City Tower
Houston, Texas 77002-6760
(713) 758-2530
(713) 651-5223 (fax)

**ATTORNEYS FOR DEFENDANT,
BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C.**

1289858_1.DOC