UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-035 |
| | § | |
| BRIDGESTONE/FIRESTONE, INC., | § | |
| ET AL. | § | |

**MOTION FOR DISBURSEMENT OF FUNDS FROM**
**THE REGISTRY OF THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JUAN ALEJANDRO CHAVEZ ARMENDARIZ ( hereinafter called "Movant"), and would respectfully request a disbursement of funds from the registry of the Court in connection with the above-entitled and numbered cause for the following reasons:

I.

This case arose out of a lawsuit which involved the Movant, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, born on November 22, 1985. A copy of Movant's birth certificate and passport is attached hereto. Also attached is a letter drafted by Movant requesting the withdrawal of the settlement funds. A settlement was entered on or about July 14, 2003, and the sum of $10,000.00 was deposited with the United States District Clerk for use and benefit of the Movant, who was a minor at the time. Since the entry of the judgment, Movant has attained the age of eighteen and respectfully requests that he be able to withdraw said funds held in the registry.

WHEREFORE, PREMISES CONSIDERED, Movant prays that his request in all things be granted.

Respectfully submitted,

**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East 7th Street, Ste A
Brownsville, Texas 78520
Telephone (956) 550-0888
Facsimile (956) 550-0877

By: _____
Javier Villarreal
State Bar No. 24028097
Federal ID No. 30384

## AFFIDAVIT OF JAVIER VILLARREAL

STATE OF TEXAS           §
                         §
COUNTY OF CAMERON        §

BEFORE ME, the undersigned authority, on this date personally appeared JAVIER VILLARREAL, who being by me duly sworn, deposed and stated as follows:

" My name is JAVIER VILLARREAL with the Law Offices of Javier Villarreal, PLLC in Brownsville, Texas. I am of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein.

"Martinez, Barrera y Martinez, L.L.P. and Law Offices of Javier Villarreal, PLLC were the attorneys for the Movant, JUAN ALEJANDRO CHAVEZ ARMENDARIZ, in the above-entitled and numbered cause.

" I hereby certify that the exhibit attached to the Movant's Motion for Disbursement of Funds from the Registry of the Court is a true and correct copy of the birth certificate, passport and letter of JUAN ALEJANDRO CHAVEZ ARMENDARIZ, as was provided to our firm by Movant."

Further Affiant sayeth not.

_____
Javier Villarreal

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, on this 18th day of February, 2004, by JAVIER VILLARREAL; to certify which, witness my hand and official seal.

_____
Notary Public

My commission expires: Aug. 22, 2007

CYNTHIA PAULIN
Notary Public, State of Texas
My Commission Expires
August 22, 2007



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE CHIHUAHUA, CERTIFICO QUE EN LA OFICIALIA 01 DE CHIHUAHUA OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS

## ACTA DE NACIMIENTO

OFICIALIA : 01　LIBRO No. : 1304　FOLIO No. : 082　ACTA No. : 06265　CRIP : 080190185I25652
FECHA DE REGISTRO : 9 de DICIEMBRE de 1985
LUGAR DE REGISTRO : CHIHUAHUA, CHIHUAHUA, CHIHUAHUA

NOMBRE : JUAN ALEJANDRO CHAVEZ ARMENDARIZ　SEXO: MASCULINO
FECHA DE NACIMIENTO : 22 de NOVIEMBRE de 1985
LUGAR DE NACIMIENTO : CHIHUAHUA, CHIHUAHUA, CHIHUAHUA
PRESENTADO : VIVO　COMPARECIO : AMBOS PADRES

NOMBRE DEL PADRE : JUAN JOSE CHAVEZ DE LEON　EDAD : 28 AÑOS　NACIONALIDAD : MEXICANA
NOMBRE DE LA MADRE : MARIA DEL SOCORRO ARMENDARIZ SANCHEZ　EDAD : 19 AÑOS　NACIONALIDAD : MEXICANA

ABUELO PATERNO: JUAN JOSE CHAVEZ LERMA　NACIONALIDAD : MEXICANA
ABUELA PATERNA: ENELIA DE LEON DE CHAVEZ　NACIONALIDAD : MEXICANA
ABUELO MATERNO: ARMANDO ARMENDARIZ CHAVIRA　NACIONALIDAD : MEXICANA
ABUELA MATERNA: YOLANDA SANCHEZ TERRAZAS　NACIONALIDAD : MEXICANA

TESTIGO No.1 : ENRIQUE MACIAS AGUILAR　EDAD: 23 AÑOS　NACIONALIDAD : MEXICANA
TESTIGO No.2 : ENELIA DE LEON DE CHAVEZ　EDAD: 47 AÑOS　NACIONALIDAD : MEXICANA

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 49 DEL CODIGO CIVIL DEL ESTADO, EN CHIHUAHUA, CHIH. A LOS VEINTIDOS DIAS DEL MES DE JULIO DEL AÑO DOS MIL TRES DOY FE.

SELLO
OFICIALIA 01 DEL REGISTRO CIVIL
CHIHUAHUA, CHIH

OFICIAL DEL REGISTRO CIVIL
ROCIO JAZMIN FLORES DIAZ

el Ciudadano Licenciado JORGE MAZPULEZ PEREZ, Notario Público Número Catorce, de este Distrito C E R T I F I C A : Que la copia que antecede concuerda fielmente con _copia certificada_ a que me remito, tengo a la vista y devuelvo al interesado sellado y rubricado _una foja_ ___ ___ ___ ___
PARA CONSTANCIA, EXTIENDO LA PRESENTE EN LA CIUDAD DE CHIHUAHUA,

CHIH., D'TO MORELOS, A LOS _22_ DÍAS DEL MES DE _Julio_ _del dos mil tres_ .DOY FE.- — — — —

NOTARIO PUBLICO NUMERO CATORCE

LIC. JORGE MAZPULEZ PEREZ

C. JORGE MAZPULEZ PEREZ
NOTARIA PUBLICA No 14
DTO JUDICIAL MORELOS
CHIHUAHUA, CHIH.



PASAPORTE  Estados Unidos Mexicanos
Tipo  Clave del país de expedición  Pasaporte No.
P  MEX  02350044422
Apellidos
CHAVEZ ARMENDARIZ
Nombre
JUAN ALEJANDRO
Nacionalidad
MEXICANA
Fecha de nacimiento
22-11-1985  8511227BCHIH03
Sexo / Lugar de nacimiento
M  CHIHUAHUA, CHIH
Fecha expedición
05-07-2002
Fecha caducidad
05-07-2003  GUSTAVO A. MADERO

P<MEXCHAVEZ<ARMENDARIZ<<JUAN<ALEJANDRO<<<<<<
3500444228MEX8511227M0307053<<<<<<<<<<<<<<06



USA B1/B2 VISA/BCC
NAME CHAVEZ ARMENDARIZ, JUAN ALEJANDRO
Birthdate  Sex
11/22/85  M
Nationality  MEX
VISA/BCC EXPIRES 07/15/12
VISA/BCC ISSUED 07/16/02
U.S. Employment NOT Authorized

VBUSA9780011<<2<MEX000812438<<
8511227M1207150MEXMEX2002197<5
CHAVEZ<ARMENDARIZ<<J<A<<<<<<<<

Chihuahua, Chihuahua Mexico. January 22, 2004-01-22

To: United States District Court for Southern of Texas Brownsville Division.
From: Juan Alejandro Chavez Armendáriz

My Name is Juan Alejandro Chavez Armendáriz, I born on November 22, 1985 at Chihuahua, Chihuahua Mexico. I was 18 years old last November 22, 2003, for this reason, I respectfully request to allow Javier Villarreal (Texas Attorney at Law) to receive on my behalf a check under my name for 10K USD from the United States District Court for Southern of Texas Brownsville Division. Because of cause (Juan Jose Chavez De Leon vs. Bridgestone Firestone) B-03-035, concluded on July 14, 2003.

Please send the check to the Law Offices of Javier Villarreal, P.L.L.C. located at:

~~700 E. Washington Street~~ 765 E. 7th Street, StA   J.V.
Brownsville, Texas 78520
Attention Javier Villarreal

Mr. Villarreal will make all the necessary arrangements, so I can receive the check as soon as possible.

I appreciate in advance all the help you can give me on this,

Regards;

Juan Alejandro Chavez Armendáriz