UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., ET AL. | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

BE IT REMEMBERED that this day came on to be considered to Movant, JUAN ALEJANDRO CHAVEZ ARMENDARIZ's Motion for Disbursement of Funds from the Registry of the Court. The Court, having considered said relief requested, is of the opinion that said Motion is in all things

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $10,000.00, plus any accrued interest, and said money is to be mailed to the Movant JUAN ALEJANDRO CHAVEZ ARMENDARIZ c/o Javier Villarreal, 765 East Seventh Street, Suite A, Brownsville, Texas 78520.

SIGNED and ENTERED this 25th day of February, 2004.

_____
PRESIDING JUDGE