



# ESTADO DE CHIHUAHUA
# REGISTRO CIVIL

**EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE CHIHUAHUA, CERTIFICO QUE LA OFICIALIA  1 DE CHIHUAHUA, CHIHUAHUA OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS:**

# ACTA DE NACIMIENTO

OFICIALIA:   **1**    LIBRO No.: **1478**   FOLIO No.: **121**   ACTA No.:   **3104**   CURP: ███████

FECHA DE REGISTRO:   **15 DE JUNIO DE 1988**

LUGAR DE REGISTRO:   **CHIHUAHUA, CHIHUAHUA, CHIHUAHUA**          CRIP: ██████

NOMBRE:   **DAVID ELIAS CHAVEZ ARMENDARIZ**          SEXO:   **MASCULINO**

FECHA DE NACIMIENTO:   ███████████

LUGAR DE NACIMIENTO:   **CHIHUAHUA, CHIHUAHUA, CHIHUAHUA**          COMPARECIO:   **LA MADRE**

PRESENTADO:   **VIVO**

NOMBRE DEL PADRE:   **JUAN JOSE CHAVEZ DE LEON**          EDAD:   **25**   AÑOS
                                                          NACIONALIDAD: **MEXICANA**

NOMBRE DE LA MADRE:   **MARIA DEL SOCORRO ARMENDARIZ SANCHEZ**          EDAD:   **21**   AÑOS
                                                          NACIONALIDAD: **MEXICANA**

ABUELO PATERNO:   **JUAN JOSE CHAVEZ LERMA**          NACIONALIDAD: **MEXICANA**
ABUELA PATERNA:   **ENELIA DE LEON DE CHAVEZ**          NACIONALIDAD: **MEXICANA**
ABUELO MATERNO:   **ARMANDO ARMENDARIZ CHAVIRA**          NACIONALIDAD: **MEXICANA**
ABUELA MATERNA:   **YOLANDA SANCHEZ TERRAZAS**          NACIONALIDAD: **MEXICANA**

TESTIGO No. 1: **YOLANDA SANCHEZ TERRAZAS**          EDAD:   **48**   AÑOS NACIONALIDAD: **MEXICANA**
TESTIGO No. 2: **ARMANDO ARMENDARIZ SANCHEZ**          EDAD:   **23**   AÑOS NACIONALIDAD: **MEXICANA**

PERSONA DISTINTA: ———          EDAD: ——— AÑOS

DOMICILIO:   ———          PARENTESCO:   ———

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____

**SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 49 DEL CODIGO CIVIL DEL ESTADO, EN CHIHUAHUA, CHIHUAHUA, A LOS DOCE DIA(S) DEL MES DE MAYO DEL AÑO DOS MIL SEIS. DOY FE.**

OFICIALIA DEL
REGISTRO CIVIL
Sello De la Oficialia

_____
ERIKA BALDERRAMA GONZALEZ
OFICIAL DE CERTIFICACION DEL REGISTRO CIVIL

0412618





