United States District Court
Southern District of Texas
FILED

MAY 16 2006

Michael N. Milby, Clerk of Court

B-03-cv-035

Chihuahua, Chihuahua México, May 16, 2006

To:     United States District Court for Southern of Texas Brownsville Division.
From:   David Elias Chavez Armendariz

My Name is David Elias Chavez Armendariz and since I turn 18 years old on May 16, 2006. I respectfully request you to release the compensation assigned to me because of case B-03-035 (Juan Jose Chavez de Leon vs. Bridgestone Firestone) concluded on July 14, 2003 at the United States District Court for Southern of Texas Brownsville Division.

Please send a check to my attention:

**David Elías Chávez Armendariz**
**Hacienda de las Matrinas #6510**
**Col Haciendas del Valle**
**31238**
**Chihuahua Chih Mexico**

Since mail is not reliable in Mexico I will appreciated if you can send it via DHL, FedEx, etc you can deduct the cost that you may incur because of this from my compensation.

I appreciate in advance all the help you can give me on this,

Regards;

*[signature]*

David Elías Chávez Armendáriz