

# ESTADO DE CHIHUAHUA
# REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE CHIHUAHUA, CERTIFICO QUE LA OFICIALIA 1 DE CHIHUAHUA, CHIHUAHUA OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE NACIMIENTO

| | | |
|---|---|---|
| OFICIALIA: 1 LIBRO No.: 1478 FOLIO No.: 121 ACTA No.: 3104 | | CURP: ████████ |
| FECHA DE REGISTRO: 15 DE JUNIO DE 1988 | | |
| LUGAR DE REGISTRO: CHIHUAHUA, CHIHUAHUA, CHIHUAHUA | | CRIP: ████████ |
| NOMBRE: DAVID ELIAS CHAVEZ ARMENDARIZ | | SEXO: MASCULINO |
| FECHA DE NACIMIENTO: ████████ | | |
| LUGAR DE NACIMIENTO: CHIHUAHUA, CHIHUAHUA, CHIHUAHUA | | COMPARECIO: LA MADRE |
| PRESENTADO: VIVO | | |

NOMBRE DEL PADRE: JUAN JOSE CHAVEZ DE LEON     EDAD: 25 AÑOS     NACIONALIDAD: MEXICANA

NOMBRE DE LA MADRE: MARIA DEL SOCORRO ARMENDARIZ SANCHEZ     EDAD: 21 AÑOS     NACIONALIDAD: MEXICANA

ABUELO PATERNO: JUAN JOSE CHAVEZ LERMA     NACIONALIDAD: MEXICANA
ABUELA PATERNA: ENELIA DE LEON DE CHAVEZ     NACIONALIDAD: MEXICANA
ABUELO MATERNO: ARMANDO ARMENDARIZ CHAVIRA     NACIONALIDAD: MEXICANA
ABUELA MATERNA: YOLANDA SANCHEZ TERRAZAS     NACIONALIDAD: MEXICANA

TESTIGO No. 1: YOLANDA SANCHEZ TERRAZAS     EDAD: 48 AÑOS     NACIONALIDAD: MEXICANA
TESTIGO No. 2: ARMANDO ARMENDARIZ SANCHEZ     EDAD: 23 AÑOS     NACIONALIDAD: MEXICANA

PERSONA DISTINTA: -------     EDAD: ------ AÑOS
DOMICILIO: ------     PARENTESCO: -------

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 49 DEL CODIGO CIVIL DEL ESTADO, EN CHIHUAHUA, CHIHUAHUA, A LOS DOCE DIA(S) DEL MES DE MAYO DEL AÑO DOS MIL SEIS. DOY FE.

Sello De la Oficialía

ERIKA BALDERRAMA GONZALEZ
OFICIAL DE CERTIFICACION DEL REGISTRO CIVIL

0412618





