United States District Court
Southern District of Texas
FILED

JUN 0 6 2006

Michael N. Milby
Clerk of Court

Chihuahua, Chihuahua México, June 05, 2006

To: Marisela Perez / United States District Court for Southern of Texas Brownsville Division.
From: David Elias Chavez Armendariz

Dear Marisela:

This is a letter of authorization to send a compensation check under name, because of case B-03-035 (Juan Jose Chavez de Leon vs. Bridgestone Firestone) concluded on July 14, 2003 at the United States District Court for Southern of Texas Brownsville Division.

Please send a check to:

David Elías Chávez Armendariz / Sergio Castaneda
Visteon Electronics Mexico
El Paso Distribution Center
[redacted]
El Paso Texas 79936

Please notice that I live in Chihuahua Mexico, therefore, please include Sergio Castaneda name on the mailing directions. As soon as he receives the check, he will send it to me to Mexico.

Regards;

David Elias Chávez Armendáriz

PHONE  ~v~ 1352  [redacted]