IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 26 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-035 |
| § | |
| BRIDGESTONE/FIRESTONE, INC., § | |
| ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on June 16, 2006, the Court considered the letter from David Elías Chávez Armendáriz requesting disbursement of funds from the Court registry pursuant to the Settlement Agreement in this case. Dkt. Nos. 29, 33.

The Court finds that some proof that the letter is from Mr. Chávez Armendáriz is required. The Court has been in contact with the Consulate of Mexico located in Brownsville, Texas. The Consulate has been gracious enough to offer assistance to coordinate efforts with the Foreign Relations Office in Chihuahua, Chihuahua, Mexico.

Therefore, the Court **ORDERS** David Elías Chávez Armendáriz to go to the Foreign Relations Office in Chihuahua, Chihuahua and show the officials there some form of photo identification. Mr. Chávez Armendáriz must then respectfully request that the officials there insure that he is Mr. Chávez Armendáriz and that he is requesting disbursement of the funds and ask them to fax a copy of his photo identification to the Court, at fax number (956) 574-7416. Once the Court receives that fax, the funds will be disbursed to Mr. Chávez Armendáriz.

DONE at Brownsville, Texas, this 16th day of June, 2006.

Hilda G. Tagle
United States District Judge