United States District Court
Southern District of Texas
FILED

JUN 2 6 2006

Michael N. Milby
Clerk of Court

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

B03CV035 Order 6/26/06

Sent To
David E. Chavez Armendariz/Sergio
Viscon Electronics Mexico    Castaneda
El Paso Distributions Center
1301 Joe Battle Blvd., El Paso TX 79936

PS Form 3800, June 2002                    See Reverse for Instructions

7005 2570 0000 0448 9537