03/14/1994 08:36   956-5418727                    United States District Court          PAGE  01
                                                  Southern District of Texas
                                                       FILED

                                                     JUL - 7 2006

                                                   Michael N. Milby
                                                    Clerk of Court

                                                  Re: 1:03 CV 35



**Consulado de México**
**Brownsville, Texas**

---

July 7, 2006

**To:** Tom Mitchell, Law Clerk to the Honorable Hilda G. Table, United States Districti Court Judge

**Fax:** (956) 574 7416

**Subject:** David Elias Chávez Armendáriz

**From:** Protection to Mexicans Department
Mexican Consulate in Brownsville, Texas.

**Fax Number BRO:** 001359

---

In reference to your inquiry of June 7, 2006, enclosed please find a copy of the identification card of Mr. David Elias Chavez Armendariz that was handed in to our Foreign Relations Office in Chihuahua, Chih

Should there be any questions or comments please do not hesitate to contact our office

Best Regards,

Hector Aguilar
Deputy Consul

LGH/mp

---

301 Mexico Boulevard Suite F2, Brownsville, Texas 78520
Phone: (956) 542-8073/ Fax: (956)541-8727





**INSTITUTO FEDERAL ELECTORAL**
**REGISTRO FEDERAL DE ELECTORES**
**CREDENCIAL PARA VOTAR**

NOMBRE
CHAVEZ
ARMENDARIZ
DAVID ELIAS

EDAD 18
SEXO M

DOMICILIO
C HACIENDA DE LAS MATRINAS 8510
FRACC HACIENDAS DEL VALLE 31238
CHIHUAHUA, CHIH.
FOLIO 0808082104181 AÑO DE REGISTRO 2005 01
CLAVE DE ELECTOR CHARDV940610H400
ESTADO 08 DISTRITO
MUNICIPIO 019 LOCALIDAD 0001 SECCION 0808

=== COVER PAGE ===

TO: _____

FAX: 5747416

FROM: _____

FAX: 956-5418727

TEL: 956-5418727

COMMENT: CONSULMEX BROWNSVILLE

United States District Court
Southern District of Texas
RECEIVED

JUL 0 7 2006

Michael N. Milby, Clerk