IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-035 |
| | § | |
| BRIDGESTONE/FIRESTONE, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on July 7, 2006, the Court considered a letter from David Elías Chávez Armendáriz requesting disbursement of funds from the Court registry pursuant to the Settlement Agreement in this case. Dkt. Nos. 29, 33.

Because Mr. Chávez Armendáriz is acting pro se, the Court will construe his letter as a motion for disbursement of funds. The Court finds that Mr. Chávez Armendáriz has met the condition for disbursing these funds; namely, he has reached eighteen years of age. See Dkt. No. 33, Att. 1; Dkt. No. 37.

Based on the foregoing, the Court **ORDERS** that the Clerk shall disburse the sum of $10,000.00, plus any accrued interest, to Mr. Chávez Armendáriz, and that said money shall be sent to David Elías Chávez Armendáriz, Hacienda de las Matrinas #6510, Col Haciendas del Valle, 31238, Chihuahua Chih Mexico. Pursuant to Mr. Chávez Armendáriz's request, this disbursement shall be sent via DHL, FedEx, or another common carrier, with the expense to be deducted from the amount disbursed.

DONE at Brownsville, Texas, this 7th day of July, 2006.

Hilda G. Tagle
United States District Judge

*United States District Court, Southern District of Texas, ENTERED JUL 0 7 2006, Michael N. Milby, Clerk of Court, By Deputy Clerk*