United States District Court
Southern District of Texas
FILED

JUL 1 3 2006

Michael N. Milby
Clerk of Court



B-03-CV-35

David Elias Chavez Armendariz / Sergio Castaneda
Visteon Electronics Mexico
El Paso Distribution Center
1301 Joe Battle Blvd.
El Paso, Texas 79936

No longer employee of Visteon
at 1301 Joe Battle
Return to sender



7005 2570 0000 0448 9537



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REYNALDO G. GARZA - FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

United States District Court
Southern District of Texas
RECEIVED
JUL 1 3 2006
Michael N. Milby, Clerk