United States District Court
Southern District of Texas
FILED

FEB 15 2008

Michael N. Milby
Clerk of Court

Matamoros Tamaulipas, México, February 11, 2008

To: Marisela Perez / United States District Court for Southern of Texas Brownsville Division.
From: Marcela Chavez Armendariz

Dear Marisela:

I have reached the eighteen years age, therefore I am respectfully requesting the disbursement of founds from the Court registry pursuant to the settlement agreement in case B-03-035 (Juan Jose Chavez vs. Bridgestone Firestone).

I would like to collect personally the check at the United States District Court for Southern of Texas Brownsville Division. If this is not possible, please mail the check to PO Box 128 Brownsville TX, Zip code 78522.

Regards;

*marcela chavez*
Marcela Chávez Armendariz