SF54-19



# ESTADO DE CHIHUAHUA
# REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE CHIHUAHUA, CERTIFICO QUE EN LA OFICIALIA 1 DE CHIHUAHUA, CHIHUAHUA OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS:

## ACTA DE NACIMIENTO

OFICIALIA: 1    LIBRO No.: 1581    FOLIO No.: 52    ACTA No.: 1490    CURP: CAAM900210MCHHRR03
FECHA DE REGISTRO: 09 de MARZO de 1990
LUGAR DE REGISTRO: CHIHUAHUA,CHIHUAHUA,CHIHUAHUA

NOMBRE: MARCELA CHAVEZ ARMENDARIZ                                    CRIP: 080190190029653
FECHA DE NACIMIENTO: ███████████ 1990                                SEXO: FEMENINO
LUGAR DE NACIMIENTO: CHIHUAHUA,CHIHUAHUA,CHIHUAHUA
REGISTRADO: VIVO        COMPARECIO: LA MADRE

NOMBRE DEL PADRE: JUAN JOSE CHAVEZ DE LEON                           EDAD: 27 AÑOS
                                                                      NACIONALIDAD: MEXICANA
NOMBRE DE LA MADRE: MARIA DEL SOCORRO ARMENDARIZ SANCHEZ             EDAD: 23 AÑOS
                                                                      NACIONALIDAD: MEXICANA
ABUELO PATERNO: JUAN JOSE CHAVEZ LERMA                               NACIONALIDAD: MEXICANA
ABUELA PATERNA: EMELIA DE LEON MARTINEZ                              NACIONALIDAD: MEXICANA
ABUELO MATERNO: ARMANDO ARMENDARIZ CHAVIRA                           NACIONALIDAD: MEXICANA
ABUELA MATERNA: YOLANDA SANCHEZ TERRAZAS                             NACIONALIDAD: MEXICANA
TESTIGO No.1: ELEAZAR SANCHEZ TERRAZAS           EDAD: 49            NACIONALIDAD: MEXICANA
TESTIGO No.2: JOSE GUADALUPE ARMENDARIZ SANCHEZ  EDAD: 22            NACIONALIDAD: MEXICANA
PERSONA DISTINTA: -----                                              EDAD: -----
DOMICILIO: -----                                                     PARENTESCO: -----

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTÍCULO 49 DEL CODIGO CIVIL DEL ESTADO, EN CHIHUAHUA, CHIHUAHUA, A LOS 7 DIA(S) DEL MES DE SEPTIEMBRE DEL AÑO 2007. DOY FE.

OFICIALÍA 01 DEL
REGISTRO CIVIL
CHIHUAHUA, CHIH.
Sello de la                                    ING. LYDIA ELIA VILLALOBOS PRIETO
                                               OFICIAL DEL REGISTRO CIVIL

CLAVE VERIF. DE INTERNET: C070907160890

1495110

# STATE OF CHIHUAHUA
# CIVIL REGISTRY

In the name of the free and sovereign state of Chihuahua, I certify that in the official judicial clerkship of Chihuahua, Chihuahua, a birth certificate is filed and recorded and contains the following information:

## BIRTH CERTIFICATE

| | |
|---|---|
| JUDICIAL CLERKSHIP: | 1 |
| BOOK NO: | 1581 |
| PAGE NO: | 52 |
| CERTIFICATE NO: | 1490 |
| TAX NO: | CAAM900210MCHHRR03 |
| | |
| NAME: | MARICELA CHAVEZ ARMENDARIZ |
| BIRTH DATE: | ███████████, 1990 |
| PLACE OF BIRTH: | CHIHUAHUA, CHIHUAHUA, CHIHUAHUA |
| CRIP: | 080190190029653 |
| SEX: | FEMALE |
| REGISTERED: | ALIVE |
| PRESENTING PARTY: | THE MOTHER |
| | |
| FATHER'S NAME: | JUAN JOSE CHAVEZ DE LEON |
| AGE: | 27 YEARS OLD |
| NATIONALITY: | MEXICAN |

| | |
|---|---|
| MOTHER'S NAME: | MARIA DEL SOCORRO ARMENDARIZ SANCHEZ |
| AGE: | 23 YEARS OLD |
| NATIONALITY: | MEXICAN |
| | |
| PATERNAL GRANDFATHER: | JUAN JOSE CHAVEZ LERMA |
| NATIONALITY: | MEXICAN |
| | |
| PATERNAL GRANDMOTHER: | EMELIA DE LEON MARTINEZ |
| NATIONALITY: | MEXICAN |
| | |
| MATERNAL GRANDFATHER: | ARMANDO ARMENDARIZ CHAVIRA |
| NATIONALITY: | MEX ICAN |
| | |
| MATERNAL GRANDMOTHER: | YOLANDA SANCHEZ TERRAZAS |
| NATIONALITY: | MEXICAN |
| | |
| WITNESS NO. 1: | ELEAZAR SANCHEZ TERRAZAS |
| AGE: | 49 |
| NATIONALITY: | MEXICAN |

| | |
|---|---|
| WITNESS NO. 2: | **JOSE GUADALUPE ARMENDARIZ SANC** |
| AGE: | 22 |
| NATIONALITY: | MEXICAN |
| | |
| OTHER PARTY: | — |
| AGE: | — |
| ADDRESS: | — |
| RELATIONSHIP: | — |

THIS CERTIFICATE IS ISSUED IN COMPLIANCE WITH THE CIVIL CODE OF THE STATE OF CHIHUAHUA, CH SEPTEMBER 7, 2007.

I CERTIFY:

/S/ Illegible

ENG. LYDIA ELSA VILLALOBOS PRIETO

CIVIL REGISTRY OFFICIAL

SEAL: OFFICIAL JUDICIAL CLERKSHIP OF THE CIVIL OFFICE. CHIHUAHUA, CHIH.

INTERNET VERIF. CODE: 0070907160890

SEAL: TOP LEFT QUADRANT:   UNITED MEXICAN ST

SEAL: TOP RIGHT QUADRANT:  SF54-19 STATE OF CHI
                           COURAGE, LOYALTY,

FEB. 20, 2008

To whom it may concern:

I, Karen F. Peña, the undersigned, hereby certify that I have faithfully translated from Spanish to English the attached birth certificate of *MARICELA CHAVEZ ARMENDARIZ,*

*case no. B- 03-035,*

*JUAN JOSE CHAVEZ vs. BRIDGESTONE   FIRESTONE.*

*Karen F Peña*
Karen F. Peña, U.S. Certified Judicial Interpreter