En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda acuda a la representación diplomática o consular más cercana. Para su protección escriba nombre y dirección de una persona a quien se pueda avisar en caso de emergencia.

Nombre: _____

Dirección: _____

Entidad Federativa: _____

C.P. _____ Teléfono: _____

**DOMICILIO DEL TITULAR / HOLDER'S ADDRESS / ADRESSE DU TITULAIRE**

Dirección: _____

Entidad - Federativa: _____

C.P. _____ Teléfono: _____

Firma del titular / Holder's signature / Signature du titulaire

ESTE PASAPORTE ES VALIDO PARA TODOS LOS PAISES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSEPORT EST VALABLE POUR TOUS PAYS

---

**ESTADOS UNIDOS MEXICANOS**

Tipo/Type/Catégorie: P
Clave del país de expedición/Code of issuing State/Code du pays émetteur: MEX
Pasaporte No/Passport No/No du Passeport: 07818255923

Apellidos/Surname/Nom: CHAVEZ ARMENDARIZ

Nombres/Given names/Prénoms: MARCELA

Nacionalidad/Nationality/Nationalité: MEXICANA

CURP/Personal No/No personnel: CAAM900210MCHHRR03

Fecha de nacimiento/Date of birth/Date de naissance: [redacted] 1990

Sexo/Sex/Sexe: F

Lugar de nacimiento/Place of birth/Lieu de naissance: CHIHUAHUA, CHI.

Fecha expedición/Date of issue/Date de délivrance: 05/NOV/2007

Fecha caducidad/Expiration date/Date d'expiration: 05/NOV/2012

Autoridad/Authority/Autorité: BROWNSVILLE

Observaciones/Remarks/Observations: PAC05

P<MEXCHAVEZ<ARMENDARIZ<<MARCELA<<<<<<<<<<<<<
8182559233MEX9002100F1211056<<<<<<<<<<<<<<8

If holder of this passport should need assistance or protection from the Government of Mexico, it is recommended that said party should go to the nearest diplomatic or consular office. For your protection, write down name and address of person to notify in case of an emergency.

Name:

Address:

Federal Entity:

Zip Code:            Telephone number:

Holder's Address:

Address:

Federal Entity:

Zip Code:            Telephone number:

Holder's Signature

This passport is valid for all countries.