IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE CHAVEZ DE LEON, ET AL | § § | |
|     Plaintiff(s), | § § | |
| VS. | § | CIVIL ACTION NO. B-03-035 |
| BRIDGESTONE/FIRESTONE, INC., ET AL | § § | |
|     Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is a letter by Marcela Chavez Armendariz to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Marcela Chavez Armendariz was a minor child. The said minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Marcela Chavez Armendariz, the principal $10,000.00, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the address indicated in the letter.

**DONE** at Brownsville, Texas this the _____ day of _____, 2008.



_____

UNITED STATES DISTRICT JUDGE